# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM P. BARR, Attorney General of the United States; et al., | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

**IT IS HEREBY ORDERED** that the Plaintiffs' motion for leave to proceed under Pseudonyms is GRANTED.

_____

**UNITED STATES DISTRICT JUDGE**