UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| M.M.V., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 19-cv-2773 (UNA) |
| Barr, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER GRANTING TEMPORARY STAY
## TO PRESERVE THE STATUS QUO

On September 25, 2019, Judge Timothy J. Kelly issued an order reassigning this matter to the Calendar and Case Management Committee, based on his determination that the matter is not related to cases currently pending before him.  (*See* Order, ECF No. 15.)  As motions judge, the undersigned will grant Plaintiffs' request for a temporary restraining order that prevents their deportation, pending (1) the reassignment of this matter to another judge, and (2) *that* judge's determination of whether or not temporary injunctive relief is warranted.  (*Cf.* Pls.' Mot. for Temp. Restraining Order, ECF No. 13.)[1]  Accordingly, it is hereby

**ORDERED** that Defendants and their agents are enjoined from removing Plaintiffs from the United States, until this matter is reassigned and the judge to whom

---

[1] The instant Order is not a decision on the merits of Plaintiffs' request.  Instead, the Court is preserving the status quo in order to facilitate a determination by the judge to be assigned to this case.

it is assigned has the opportunity to issue an order on the merits of Plaintiffs' request for a temporary restraining order.

DATE:  September 25, 2019              *Ketanji Brown Jackson*
                                       KETANJI BROWN JACKSON
                                       United States District Judge