UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                              Defendants. | Civil Action No. 19-2773 (ABJ) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and this Court's Minute Order dated January 30, 2020, Defendants respectfully move to dismiss Plaintiffs' second amended complaint, in part, for lack of jurisdiction. In support of this motion, Defendants respectfully refer the Court to the supporting memorandum of points and authorities, the supplemental declaration of Ashley B. Caudill-Mirillo, Deputy Chief of the Asylum Division with U.S. Citizenship and Immigration Services ("USCIS") and exhibits, and proposed order (appended hereto).

Dated February 14, 2020            Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/ *Christopher Hair*
CHRISTOPHER HAIR, PA Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.

Washington, D.C. 20530
Telephone:  (202) 252-2541
Email:  christopher.hair@usdoj.gov

*Counsel for Defendants*