# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

M.M.V., *et al.*,          )
     *Plaintiffs,*       )
                       )
                       )
v.                     )      No. 1:19-cv-2773
                       )
Chad F. Wolf, *et al.*,    )
     *Defendants.*    )
_____)

## SUPPLEMENTAL DECLARATION OF ASHLEY B. CAUDILL-MIRILLO

I, Ashley B. Caudill-Mirillo, pursuant to 28 U.S.C. § 1746, under penalty of perjury, and based upon personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently the Deputy Chief of the Asylum Division with U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Homeland Security (DHS). I have held this position since February 2019. Prior to becoming the Deputy Chief of the Asylum Division, I served as the Management Branch Chief at Asylum Division since 2015, where I was responsible for overseeing the Division's resource management and strategic planning, as well as its contracts, performance management initiatives, and labor-management obligations among other duties. I joined USCIS as an Asylum Officer in the New York Asylum Office in 2008 and, in 2011, I became a Supervisory Asylum Officer. In 2012, I was selected to be the Deputy Director of the New York Asylum Office. In my current position as Deputy Chief of the Asylum Division, I oversee all Asylum Offices nationwide as well as

the Asylum Division's headquarters component, which is involved in policy development, quality assurance, and overall management of the asylum program.

2.  I have previously submitted a sworn declaration in this case that is included in the record. *See* Defs. Supp. Op. citing Decl. of Ashley B. Caudill-Mirillo ("Caudill-Mirillo Decl."). In that declaration, I noted the overall scope of work of the USCIS Asylum Division, provided information on the credible fear legal framework and staffing for the credible fear workload, and addressed allegations made by Plaintiffs. Importantly, the information provided in my prior declaration was premised on the names and descriptions that Plaintiffs provided for the purported policies. Caudill-Mirillo Decl. ¶ 21.

3.  To search for any policies related to Plaintiffs' allegations, and to prepare both declarations, I consulted with my staff in the Asylum Division's three headquarters branches that would have knowledge of Plaintiffs' purported policies—the Operations Branch, the Training Branch, and the Fraud Detection and National Security (FDNS) Branch, as well as staff at the Houston Asylum Office which oversees the South Texas Family Residential Center in Dilley, Texas. The headquarters branches are led by branch chiefs who manage the subject matter experts, who are primarily asylum officers and FDNS immigration officers. These staff members oversee, operationalize or implement the Asylum Division's training and operations that were relevant to the challenged actions as described in Plaintiffs' complaint, and were well-positioned to ascertain what existing policies potentially aligned with the names and descriptions provided by Plaintiffs for the purported policies. I, or my staff, searched and reviewed the Asylum Division's shared drives and e-mail records for relevant policies and guidance. I verified dates and procedures relating to USCIS Asylum Division policies that affect how credible fear determinations were made at the South Texas Family Residential Center in Dilley, Texas.

4. In their supplemental memorandum, Plaintiffs now identify multiple purported policies and documents with substantially greater specificity than in their initial pleadings, and allege that such documents were purposefully withheld previously. Pls. Suppl. Mem. in Supp. of Mot. for TRO at 20. To the extent I am able, the alleged deficiencies identified therein are now addressed. However, the conclusions in my previous declaration regarding the absence of written policy directives, guidelines, or procedures remain the same.

5. Plaintiffs previously alleged that there was a policy to "A. Avoid Meaningfully Orienting Migrants to Applicable Standard and Procedures." In my prior declaration, this allegation was construed to be a reference to the reduction of the minimum timeframe for consultation prior to a credible fear interview and changes to what is required to reschedule an interview, and relevant documents were attached as exhibits. Caudill-Mirillo Decl. ¶ 23.

6. Plaintiffs have now alleged that Defendants have not produced "Iterations of Form M-444 now or previously used" and two email attachments listed in Exhibit 2 of my prior declaration. Both iterations of Form M-444, Information about Credible Fear Interview and the email attachments ("Waiver of the Consultation Period 7-8-19" and "Updated CFPM Sections (Consultation) 7-8-19") listed in prior Exhibit 2 are attached now as Ex. 1-4.

7. Plaintiffs previously alleged that there was a policy to "B. Proceed Without Required Staffing, Training, or Guidance." In my prior declaration, and after consultation with my staff in the Operations Branch, I noted that no such written policy directive, written policy guideline, or written procedure exists, but I referenced guidance issued by USCIS on July 15, 2019 through at least September 2019, on the Third-Country Transit Bar Interim Final Rule and subsequent judicial orders. Caudill-Mirillo Decl. ¶ 24. I also provided a Memorandum of Agreement between USCIS and Border Patrol on training and use of Border Patrol Agents for credible fear interviews. Caudill-Mirillo Decl. ¶ 25.

8. Plaintiffs now allege for the first time that Defendants have failed to identify "[a]ll training materials used to teach Border Patrol Agents to perform functions previously performed by USCIS asylum officers; any 'binding' policies and procedures given Border Patrol agents concerning credible fear interviews…" Pls. Suppl. Mem. in Supp. of Mot. for TRO at 20. My prior declaration outlined the training received by Border Patrol Agents necessary to conduct credible fear interviews, including approximately 80 hours of distance training, up to 120 hours of face-to-face training and additional on-the-job training. Caudill-Mirillo Decl. ¶ 19. There are no binding policies and procedures not already referenced, and CBP officers are required to be trained as laid out in my prior declaration. Training agendas for the cohorts of Border Patrol Agents to date are attached as Ex. 5-9. The first cohort of Border Patrol Agents completed training in May 2019, and conducted credible fear interviews from June 5, 2019 to June 20, 2019. Between June 20, 2019 and July 11, 2019, CBP and USCIS developed the Memorandum of Agreement referenced in my first declaration. Caudill-Mirillo Decl. ¶ 25. After the Memorandum of Agreement was signed on July 11, 2019, Border Patrol Agents resumed conducting interviews on July 15, 2019. After being trained, Border Patrol Agents began conducting interviews at the South Texas Family Residential Center in Dilley, on or about September 9, 2019.

9. Plaintiffs previously referred to a policy described as "D. Limit Fact-Finding Relevant to a Significant Possibility of Eligibility for Asylum, Withholding of Removal, and Relief under the Convention Against Torture." In my prior declaration, and after consultation with my staff, I stated that no such written policy directive, written policy guideline, or written procedure exists as described by Plaintiffs. Caudill-Mirillo Decl. ¶ 27. I did note that "[g]enerally, while most credible fear claims require only one interview, certain cases may have multiple interviews for various reasons, including but not limited to, the need for further

questions on the substance of a claim necessary to meet legal sufficiency standards, interpreter availability, attorney reschedule requests, or other operational necessities." Caudill-Mirillo Decl. ¶ 15.

10. Plaintiffs previously referred to "I. Mandatory Concurrence Review by the Fraud Detection Unit." In my prior declaration, and after consultation with my staff in the Fraud Detection and National Security Branch, I identified a program at the South Texas Family Residential Center in Dilley, Texas from August 30, 2019 to November 7, 2019 where "cases that were interviewed and initially screened in as positive fear determinations were reviewed by FDNS officers." Caudill-Mirillo Decl. ¶ 32. Plaintiffs now allege that Defendants have failed to produce "FDNS review determinations for Plaintiffs." Pls. Suppl. Mem. in Supp. of Mot. for TRO at 20. I noted the existence of a program incorporating FDNS review in my prior declaration, and explained that the credible fear screening determination incorporates FDNS input prior to making a final credible fear screening determination. Caudill-Mirillo Decl. ¶ 32. Based on consultation with my staff in the Fraud Detection and National Security Branch, I have determined that out of the named Plaintiffs, FDNS review was involved in the credible fear screening for 12 family units. Specifically, the following Plaintiffs were subject to FDNS review: N.C.A., and minor child, M.P.C.; D.V.R., and minor child A.V.R.; I.S.R., and minor child J.A.S.; I.A.D., and minor child C.L.A.; S.A.C., and minor child V.H.A.; Y.E.S. and minor child M.I.E.; A.C.B. and minor child A.C.B.; D.G.A., and minor children E.P.G. and M.P.G., D.S.P. and minor child V.V.P., C.P.G. and minor child M.B.P., W.P.R. and minor children H.C.P. and J.C.P., M.C.D. and minor child E.E.C. As noted in my prior declaration, the FDNS review at the South Texas Family Residential Center in Dilley, TX took place from August 30, 2019 to November 7, 2019. Caudill-Mirillo Decl. ¶ 32. The

FDNS reviews for all 26 identified Plaintiffs took place in September 2019. No other

Plaintiffs were identified as having had FDNS review.

11. Finally, my prior declaration referenced and attached a Memorandum of Agreement between

USCIS and Border Patrol dated July 10, 2019. Caudill-Mirillo Decl., Ex. 4. Since that

declaration was submitted, an updated Memorandum of Agreement between USCIS and U.S.

Customs and Border Protection was signed on January 20, 2020. Ex. 10.


I, Ashley B. Caudill-Mirillo, declare, under penalty of perjury, that the foregoing is true and
correct to the best of my knowledge and belief.


Executed this 14th day of February, 2020.


Ashley B. Caudill-Mirillo
Deputy Chief, Asylum Division
U.S. Citizenship and Immigration Services
Department of Homeland Security

# EXHIBIT 1

**INFORMATION ABOUT CREDIBLE FEAR INTERVIEW**

**Purpose of this notice**

The purpose of this notice is to explain what will happen while you are in detention, what rights you have, and what may happen to you as a result of statements you make.  It is important that you understand your rights and what will happen.  **PLEASE READ THIS NOTICE CAREFULLY.**

You have been detained because the U.S. Immigration and Naturalization Service (INS) believes that you may not have the right to stay in the United States.  You have indicated an intention to apply for asylum or a fear of persecution or return to your country.  You will be interviewed by a specially-trained asylum officer to determine if you have a "credible fear of persecution" or a "credible fear of torture."  You will be detained until that interview takes place.  If the INS finds that you have a credible fear of persecution or torture, the INS will consider whether to release you.

**Right to consult with other persons**

Normally, the interview will not take place sooner than 48 hours after you arrive at the detention facility.  You may use this time to rest and consult with family members, friends, or other representatives.  In unusual circumstances, you may be given additional time to contact someone.  If you need this additional time, you should inform an INS officer.  You may request that the interview take place sooner if you are prepared to discuss your fears or claim immediately.

You may consult with a person or persons of your choosing, provided that such consultation is at no expense to the government and does not delay the process.  A person of your choice can be present with you at your interview.  A list of representatives who may be able to speak to you free of charge is attached to this notice.  You may use the telephone while you are in detention to call a representative, friend or family member in the United States, collect or at your own expense.  If you wish to call someone, you should  ask an INS officer for assistance.  You also may contact the United States Office of the United Nations High Commissioner for Refugees, at (202) 296-5191 from 9:00 a.m.-5:00 p.m. (eastern standard time), Monday through Friday.

**Description of credible fear interview**

The purpose of the credible fear interview is to determine whether you might be eligible to apply for asylum or for withholding of removal under the Convention against Torture before an immigration judge.  This interview is not your formal asylum or withholding of removal hearing.  It is only to help us determine whether there is a significant possibility that you may qualify as a refugee or for protection from removal under the Convention against Torture.

At your interview, you will have the opportunity to explain to the asylum officer why you think you should not be returned to your home country or any other country where you fear harm.  If you want to apply for asylum in the United States, or think you will be harmed, persecuted or tortured if you return to your home country or another country, you must show an asylum officer that you have a credible fear of being harmed or persecuted because of your race, religion, nationality, membership in a particular social group or political opinion, or a credible fear of being tortured. The officer will take written notes.

If the officer determines that you have a credible fear of persecution or torture if you are returned to your home country or another country where you fear harm, you may be eligible to remain in the United States or to be granted withholding of removal, which provides that you would not be removed to the country where you fear harm.

It is very important that you tell the officer all the reasons why you have concerns about being removed.  United States law provides strict rules to prevent disclosure of what you tell an asylum officer about the reasons you fear harm.  The information you provide about the reasons for your fear will not be disclosed to your government, except in exceptional circumstances.

It is also very important that you tell the truth during your interview.  Although the purpose of this interview is not to gather evidence against you, failure to tell the truth could be used against you in this or in any future immigration proceeding.

Form M-444 (Rev. 3-22-99)

**Need for interpreter or special consideration**

If you do not speak English well or if you prefer to be interviewed in your own language, INS will provide an interpreter for the interview. The interpreter has been told to keep the information you discuss confidential. If the interpreter is not translating correctly or you do not feel comfortable with the interpreter, you may request another interpreter.

You may request a female officer and female interpreter, or a male officer and male interpreter, if this would make it easier for you to tell the asylum officer about information that is very personal or difficult to discuss. The INS will provide them if they are available. You will also have the opportunity to speak with the asylum officer separately from your family if you so desire.

**Consequences of failure to establish credible fear and review of determination**

If the asylum officer determines that you do not have a credible fear of persecution or torture you may request to have that decision reviewed by an immigration judge. If you do not request such review, you may be removed. If you request review, the immigration judge's review will be in person or by telephone or video connection. The review will happen as soon as possible, to the maximum extent practicable within 24 hours, but in no case later than 7 days from the date of the asylum officer's decision. You may consult with a person or persons of your choosing before the review by the immigration judge, provided it does not cause unreasonable delay. You will be given a copy of the asylum officer's record of determination to examine prior to the review by the immigration judge. If any of the information is incorrect, you should notify the immigration judge. If the immigration judge agrees that you do not have a credible fear of persecution or torture, you may be removed from the United States. The immigration judge may decide that you do have a credible fear and that you are eligible for a full asylum and withholding of removal hearing before an immigration judge. After such a hearing, the immigration judge will either grant you protection, if you are eligible, or will order you removed, if you are not. If you are ordered removed, you may be barred from reentry to the United States for a period of 5 years or longer.

---

Interpreter Certification

I _____ (name of interpreter) certify that I am fluent in both the _____ and English languages, that I interpreted the above information from English to _____ completely and accurately, and that the recipient appeared to have understood my interpretation.

_____
(Signature of interpreter)

_____
(Date)

---

Alien Acknowledgment of Receipt

I acknowledge that I have been given notice concerning my credible fear interview. I understand that I may consult with a person or persons of my choosing prior to the interview as long as it does not unreasonably delay the process and is at no expense to the government.

_____
(Signature of person being referred)

_____
(Date)

---

Form M-444 (Rev. 3-22-99)

# EXHIBIT 2

**Information About Credible Fear Interview**

You have been placed in expedited removal proceedings because the U.S. Department of Homeland Security (DHS) believes that you may not have the right to stay in the United States. You have also indicated that you intend to apply for asylum, you fear persecution or torture, or you fear returning to your country. This notice explains what will happen while the U.S. Government is considering your case, what rights you have, and what may happen to you as a result of statements you make. **PLEASE READ THIS NOTICE CAREFULLY**.

**What is a Credible Fear Interview?**
Before DHS can remove you, DHS must interview you to determine if you have a fear of persecution or torture that the U.S. Government needs to consider further. A specially trained asylum officer will interview you. The credible fear interview is not your formal asylum or withholding of removal hearing. The interview is a screening to determine if you are eligible for a hearing before an immigration judge.

You may be detained both before and after the interview if DHS determines that it is appropriate. The interview will usually occur at least 48 hours after you arrive at the detention facility.

**What Happens At Your Credible Fear Interview**
At your interview, you will have an opportunity to discuss your background and experiences in your country and any other country where you fear harm and explain to the asylum officer the reasons you are pursuing an asylum claim. The officer will take written notes. This may be your only opportunity to provide information about your claim, so it is very important that you tell the asylum officer about any harm you may have suffered in the past and any harm you fear in the future. You also may be asked about conditions in your country. **To demonstrate a credible fear of persecution or torture, you must show the officer that you have a credible fear of being persecuted because of your race, religion, nationality, membership in a particular social group or political opinion, or a credible fear of being tortured in your country.**

You may request a female or male officer, if this would make it easier for you to speak about information that is very personal or difficult to discuss. You also have the right to speak with the asylum officer separately from your family.

It is very important that you:

- **Tell the truth during your credible fear interview**. If you do not tell the truth, your statements may be used against you in this or in any future immigration case.

- **Tell the officer any reasons why you fear returning to your home country**. U.S. law has strict rules to prevent the government from telling others about what you say in your credible fear interview. For example, the U.S. Government will not disclose to your government any information that you provide, except in exceptional circumstances.

**Whom You May Consult**
While you wait for your interview, you may use this time to prepare and consult with a consultant of your choice as long as it does not unreasonably delay the interview process. The U.S. Government does not provide you with an attorney or representative, but you may choose to hire an attorney or representative, at your expense. You can have a consultant of your choice with you at your interview or participate by telephone.

If you need additional time before your interview to contact someone, inform a DHS officer about your circumstances and explain the reason you need more time. DHS will decide whether your circumstances merit providing you with additional time. You may also request to have the interview earlier if you are prepared to discuss your case immediately.

A list of representatives who may be able to speak to you for free is attached to this notice. Representatives of the United Nations High Commissioner for Refugees (UNHCR) also may be able to assist you with information regarding the credible fear process:

United Nations High Commissioner for Refugees
1800 Massachusetts Avenue N.W., Suite 500, Washington, D.C. 20036
*Telephone*: 202-296-5191     *Email*: usawa@unhcr.org     *Web site*: www.unhcr.org

You may call UNHCR toll-free by dialing #566 or 1-888-272-1913 on Monday, Wednesday, and Friday, 2 p.m. - 5 p.m. (Eastern Time).

If you want to call someone, ask a DHS officer for assistance. You may also use the telephone while you are in detention to call a representative, friend, or family member in the United States. You or the person you call must pay for the phone call, if charges apply.

Form M-444 (Rev. 5-17-19)

**Interpreters**

If you do not speak English well or if you want to be interviewed in a language of your choosing, DHS will provide an interpreter for the interview. The interpreter has been told to keep the information you discuss confidential. You may:

- Request another interpreter if the interpreter is not interpreting correctly or you do not feel comfortable with the interpreter.

- Request a female or male interpreter, if this would make it easier for you to speak about information that is very personal or difficult to discuss. DHS will provide them if they are available.

**After Your Credible Fear Interview**

After your interview, the asylum officer will make a determination on your case. If the asylum officer determines that you have a credible fear of persecution or torture, you will receive a charging document for a hearing in immigration court. At the immigration court hearing, the immigration judge will determine your removability and whether you should be granted protection or relief from removal. You will receive information about the date and time of this hearing. If the asylum officer determines that you do <u>not</u> have a credible fear of persecution or torture, you may ask to have an immigration judge review the asylum officer's negative determination. If you decline this review, you may be removed from the United States.

**Immigration Judge Review of a Negative Determination**

If you request that an immigration judge review the asylum officer's negative determination, the immigration judge's review will usually happen within 24 hours and no later than 7 days from the date that the supervisory asylum officer concurs with the asylum officer's negative determination. The review will be in person, by telephone, or by video connection. You may consult with a consultant of your choice before the review as long as it does not cause unreasonable delay. You will receive a copy of the asylum officer's determination before the immigration judge review. If any of the information is incorrect, tell the immigration judge.

At the review, the immigration judge will decide that:

- You do not have a credible fear of persecution or torture. You may then be removed from the United States.
OR
- You have a credible fear of persecution or torture and you are eligible for a full hearing in immigration court where you can apply for asylum or other protection from removal. At the full hearing in immigration court, the immigration judge will determine your removability and whether you should be granted protection or relief from removal. If you are ordered removed, you may not be allowed to reenter the United States for 5 years or longer.

**After a Positive Credible Fear Determination by an Asylum Officer or Immigration Judge**

If you receive a charging document for proceedings in immigration court and wish to apply for asylum, you must file Form I-589 Application for Asylum and for Withholding of Removal. The Form I-589 and instructions on where to file the Form can be found at www.uscis.gov/i-589. Failure to file Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to INA § 208(a)(2)(B).

---

**Interpreter Certification**

I,              , certify that I am fluent in both the                    and English languages, and that I have read to this applicant in every question and instruction on this form. The applicant informed me that he or she understands every instruction on this form.

Interpreter Signature/Interpreter ID (if telephonic)          Date of Signature (mm/dd/yyyy)

---

**Applicant Acknowledgment of Receipt**

I acknowledge that I have been given notice concerning my credible fear interview. I understand that I may consult with anyone I choose before the interview as long as it does not unreasonably delay the process and is at no expense to the U.S. Government.

Applicant Signature          Date of Signature (mm/dd/yyyy)

Form M-444 (Rev. 5-17-19)

# EXHIBIT 3

# Waiver of the Consultation Period

A-number: _____

Name: _____

## - - DECLARATION OF ALIEN- -

- I was placed into the credible fear process upon seeking admission to the United States because I expressed a fear of harm upon return my country, or because I was unable to communicate with the inspecting officer at the time I applied for admission.

- I understand that I will be interviewed by a specially-trained asylum officer to determine if I have a "credible fear of persecution" or a "credible fear of torture." I also understand that I may have one full calendar day to consult with family members, friends or other representatives before this interview takes place.

- I request to waive the consultation period, and have an interview with an asylum officer at the earliest possible time.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Alien's Last Name/Family Name (Print) | Alien's First Name (Print) | Alien's Signature |

| | | |
|---|---|---|
| _____ | _____ | ___/ __ __/ __ __ |
| Asylum Officer's Last Name (Print) | Asylum Officer's First Name (Print) | Date |

The contents of this form were read and explained to the alien in the _____ language.

Interpreter Used (if any):

☐ By telephone:  (list interpreter service/ID number of interpreter) _____

☐ In person:  I, _____, certify that I am fluent in both the _____ and English languages.  I interpreted the above information completely and accurately to the alien.

_____     ___/ __ __/ __ __
Interpreter's Signature                              Date

# EXHIBIT 4

**Updated Credible Fear Procedures Manual Sections**

### III.D. ASYLUM OFFICE SCHEDULES INTERVIEW

#### 1. Consultation Period (previously titled "48 Hour Hiatus")

It is a policy of the Asylum Program to allow a minimum of one full calendar day to transpire between the arrival of an alien at a detention site or receipt of initial M-444 (whichever is later) and any credible fear interview. This consultation period provides an alien an opportunity to contact a relative, representative, attorney, or friend whom the alien may want to act as a consultant during the credible fear interview. If USCIS is prepared to proceed with the interview after the consultation period has passed, asylum offices normally will deny requests for extensions of the consultation period, as unreasonably delaying the process, except in extraordinary circumstances. Extraordinary circumstances may include, but are not limited to, serious illness or mental or physical disability of the alien, a member of the alien's immediate family, or the alien's consultant, and facility issues that prevent the alien from contacting a consultant.

If DHS transfers an alien to a new detention site, the consultation period begins anew from the alien's arrival at the new detention location.

##### a. Waiver of Consultation Period (previously titled "Waiver of 48-Hour Period")

Although an asylum office must wait at least one full calendar day from the alien's arrival at a detention site or receipt of initial M-444 (whichever is later) before interviewing the alien, an alien may, at his or her request, waive the consultation period before a credible fear interview. The asylum office should make every effort to interview the alien as soon as possible after receiving such a request.

If the interview takes place within the consultation period, the APSO asks the alien to sign a *Waiver of the Consultation Period*. Appendix F: Waiver of the Consultation Period.

### III.E.  APSO CONDUCTS A CREDIBLE FEAR INTERVIEW.
#### 4. Consultants

##### b. Failure of Consultant to Attend Interview

If the SAPSO made previous arrangements with a consultant to appear at the interview, and the consultant does not appear, the APSO may continue with the credible fear interview, with the alien's consent. The APSO records the alien's consent to proceed with the interview in the interview notes, and puts a "4" in box 1.15 on Form I-870, indicating that no one other than the alien and the APSO were present at the interview.

All requests by an alien to not proceed with an interview without a consultant must be handled on a case-by-case basis. USCIS normally will deny reschedule requests, as unreasonably delaying the process, except in extraordinary circumstances. Extraordinary circumstances may include, but are not limited to, serious illness or mental or physical disability of the alien, a member of the alien's immediate family, or the alien's consultant, and facility issues that prevent the alien from contacting a consultant.

 A SAPSO may deny a request to reschedule an interview if the asylum office has documented chronic problems with a particular consultant who consistently submits rescheduling requests or fails to attend credible fear interviews.

# EXHIBIT 5

# DISTANCE TRAINING COMPONENT WORKBOOK

## Last Updated: April 2019

# Table of Contents

**1. Introduction** .................................................................................................... 3

    A. Welcome ...................................................................................................3

    B. Contact Information ................................................................................3

    C. Purpose of DT ........................................................................................4

    D. Content and Structure of the DT.......................................................4-5

    E. Relationship between DT and the Face-to-Face Training ................5-6

    F. Lesson Plans ...........................................................................................6

    G. Webinars ................................................................................................6

    H. Evaluation/Exams .................................................................................6

**2. How to Use this Workbook** ......................................................................... 7

**3. Syllabus and Attestation Form Instructions**............................................. 8

**4. Content**.................................................................................................... 9-19

# 1. Introduction

**A. Welcome** to the first component of the Distance Training component. Although you will be in your home office during the Distance Training (DT), you will not be performing your routine office duties during this time. Each office is required to allocate a certain amount of time for new officers to complete the DT—approximately 72 hours are required. The DT is designed to give you time to read and process selected training materials. This will help prepare you for attending the second component of the training, the Face-to-Face component (F2F). You will have an opportunity to raise questions during the F2F component, where the topics may be addressed again.

**B. Contact Information**

Asylum Division:               Asylum Division Training Coordinators
                               ███████████████████@uscis.dhs.gov

## C. Purpose of DT

The main reasons that DT has been developed are to:

- **Give you time to read materials before attending the Face-to-Face training**
  The training materials are very lengthy, and reading them is time-consuming. To fully understand the topics addressed at the training, officers must read the training materials prior to attending class. There is no class time allotted for reading materials during the Face-to Face training; if class time were given, it would make the Face-to-Face residential training much longer than it currently is. DT allows you the time needed – during work hours at your home office, rather than away from home at the Face-to-Face training – to do that reading.

- **Ensure that you begin the Face-to-Face training with a basic foundation of the subject matter**
  Officers have varying levels of knowledge of the topics that are covered in class. Some of you have been involved in immigration work for many years, others have not. Because of this, instructors must teach classes with students of varying levels of knowledge, which is difficult for both the instructors and the students. The DT component prior to the Face-to-Face classroom component attempts to reduce this knowledge gap so that all of you will have a basic foundation in/understanding of the course topics prior to the start of the Face-to-Face component. If you are already familiar with the course content, and able to complete the reading and assignments for a topic quickly, utilize any additional allotted time to expand your knowledge and to help others: complete the additional activities in this workbook, read the Additional Resources in the lesson plans, and help your colleagues in your office who are new to this work. For more information about how to use your time during the DT, see section 2 – How to Use this Workbook, item 9.

- **Better utilize the Face-to-Face time for exercises and practical application of the concepts in the materials**
  When all students have read the materials in advance and have a basic understanding of the course topics, instructors do not need to go over the content in great detail during class. Instead, a summary of the content can be provided and the majority of class time can be spent on discussion and practical application of the information and concepts in the training materials.

## D. Content and Structure of the DT

### What You Will Need:
The information and materials, including links to other materials that you will need for DT, are in this Workbook.

In addition to completing the reading assignments, you will listen to recorded Webinars with

instructors, read supplemental training materials, and complete exercises that you will email to the Asylum Division Training Coordinators, ███████████████████ @uscis.dhs.gov.

**Time Management:**
The current DT model was designed to be a flexible and self-directed program of study.

Because you are in your home office during the Distance Training (DT) rather than at a "Face-to-Face" classroom training, you will need to make a clear distinction between your office work and the time you spend on this training. **For this reason, you must use all of the allotted time to complete each respective topic** (i.e. – you cannot finish individual topics or the training early)—just as if you were at a Face-to-Face training. For those of you who may finish a topic and have extra time, there are additional assignments for you to complete in the Workbook. Additional information on how to use your time can be found below in section 2 – How to Use this Workbook.

**We also recommend that you do not spend *more* than the allotted amount of time on any individual topic**, and that you adhere to your proposed schedule as closely as possible. The Lesson Plans are intended to serve the dual purpose of both training and guidance documents, which you will be able to access throughout your training and beyond.

The time allocated for each topic includes time to read the materials, and complete the exercises. Anticipating that there will be participants with a range of backgrounds, we have kept the times for required reading and exercises at a level that should allow all participants to complete the assignments.

## E. Relationship between DT and the Face-to-Face Training

The topics covered at DT will be reinforced during the Face-to-Face component that follows DT. Because you will have read the materials and completed exercises, you are expected to come to class with at least a basic knowledge of the topics and be prepared to actively participate in the discussions and exercises.

Instructors will approach the Face-to-Face classes with this in mind. The instructors will not simply lecture in class on the information in the lesson plans. Rather, instructors will help you apply the information and concepts in the lesson plans through practical exercises, case studies, discussions with subject matter experts, and problem-solving activities.

It is important that you complete the required DT reading and assignments because:

- The assignments will form the basis of Face-to-Face classroom activities.

- You will be expected to know and apply the material during the mock interviews.

- The information for the exams given will be taken from the lesson plans and will

test both your knowledge of the content of the lesson plans and your ability to apply that knowledge.

## F. Lesson Plans

The RAIO Lesson Plans consist of:

- The main body of the Lesson Plan
- Other materials (e.g., glossaries, lists of cases)
- Division-specific Supplements (information specific to the divisions)

DT consists of a list of assigned topics. You are required to read the body of the Lesson Plans for each of these topics as well as the **supplement for the Asylum Division**, which is delineated in yellow. Reading the RAD and IO Supplements **is not** required. Supplements are located after the Lesson Plan and are color-coded by division:



## G. Webinars

All webinars are pre-recorded so that participants have the flexibility to access them on their self-directed DT schedule. We use the Adobe Connect Webinar and the AT&T Connect platforms for all webinars.

## H.  Evaluation/Exams

Note the following about the exams:

- No exams during the Distance Training

- At least one graded Multiple Choice Exam during the Face-to-Face training

- Exam topics include Lesson Plans covered during both the Distance Training and the face to face training (e.g., includes Case Law and Sources of Authority, which are addressed during the DT, but not during the Face-to-Face training)

- All questions relate to the objectives listed in the beginning of each Lesson Plan.

## 2. How to Use this Workbook

**For each topic:**

1. **Plan your DT schedule.**

2. **Read the body of the Lesson Plans and the Supplements for the Asylum Division.**

3. **Complete any corresponding assignment(s) (e.g., exercises)** located in this Workbook in section 5 – Content.

   *Exercises*: Some Lesson Plans contain practical exercises; do NOT complete them. You need to refer only to this Workbook to know which exercises to complete.

4. **Write down any questions you have about the content of the course.** You can send them to ████████████████████ @uscis.dhs.gov, or else ask them at the Face-to- Face residential component of the training.

5. **Be prepared to ask your questions and discuss your responses** to the exercises at the Face-to-Face component of the training.

6. **Use your time wisely.** The schedule lists the topics you should cover and the required amount of time to spend on each topic. How you use your work time to complete the listed assignments is at your discretion

   However you structure your time, **all assignments must be completed and the Completion Attestation must be submitted to Asylum Training as instructed in section 3, below, by the due date established for your training class**.

# 3. Syllabus and Attestation Form Instructions

The syllabus provided separately provides a list of modules you are required to complete for the Distance Training component. By signing and submitting these forms, you are certifying that you have completed the Distance Training in accordance with this Workbook.

Please follow the instructions below to complete the Distance Training Syllabus and Attestation Forms.

1. Complete each topic and its corresponding assignments using the allotted time for that topic; we suggest that you complete each topic in the order listed, although you may complete them in a different order.

2. When you have completed a topic, initial and date (using MM/DD/YY format) the corresponding box to indicate that you have completed the work required for that topic.

3. Once you have completed all of Distance Training, you and the coordinating management from your office must sign and date the Completion Attestation form and verify your completion of all topics.

4. If you were unable to complete any topic, leave the corresponding box blank, and attach an explanation of why the topic was not completed.

5. Print, scan and email a copy of **all pages** of the Distance Training Syllabus and Completion Attestation to the Asylum Training Coordinator mailbox ▮▮▮▮▮▮▮▮▮▮▮@uscis.dhs.gov) using the contact information provided in section 1, part B, above. **Title your email and attachment as follows:**

   *Last Name, First Name_ Completion Attestation*

# 4. Content

1. Please read all of the Lesson Plans and Asylum Supplements, as outlined in the Distance Training Attestation.

2. There are certain lessons that have corresponding exercises or webinars, which can be found below:

   a. Reading and Using Case Law
   b. Interviewing – Introduction to the Non-Adversarial Interview
   c. Nexus and Protected Grounds (minus PSG)
   d. Interviewing – Eliciting Testimony
   e. Mass Atrocities and Genocide Awareness
   f. Researching and Using Country of Origin Information (COI) in RAIO Adjudications
   g. Past Persecution – Rebuttable Presumption
   h. Asylum Process and Procedures
   i. India COI, Eliciting Testimony & Fraud

---

### Reading and Using Case Law

---

Have you finished reading the lesson plan?

*If yes, your task now is to:*

### **Complete this Exercise**

Read the attached case, *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).

Summarize the facts, the sources of authority, the decision, and the reasoning behind the decision in *Matter of Mogharrabi* by completing the attached exercise form.

- *Fill out the form and save your document.*

**If you finish this assignment early**, use your extra time to read *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985) – a seminal case in asylum law. (**Note:** this is not a required activity.)

## Interviewing – Introduction to the Non-Adversarial Interview

Have you finished reading the lesson plan?

*If yes, your tasks now are to:*

## **Complete these exercises**

**Exercise #1**
Write a short phrase to describe two meanings of the term "non-adversarial."

**Exercise #2**
Write out the introduction to your interview. The introduction should address all of the components listed in the lesson plan the Asylum Division supplement.

## Nexus and the Protected Grounds (minus PSG)

Have you finished reading the lesson plan?

## Complete these exercises

### Exercise #1

Read this article from August 6, 2012 about the Sikh Temple Shooting in Wisconsin. You should also conduct online research to read other articles about this crime. Based on the evidence, what do you think was the motive for the attack, if any, and why? Please write at least one paragraph analyzing whether the evidence indicates this attack was on account of any protected characteristic(s). You must provide facts from the source to support your answer. Please cite any sources you use.

### Exercise #2 (Note: This exercise is optional, please complete if you have time)

Read this article about the Aurora Shooting in July 2012. Based on the evidence, what do you think was the motive for the attack, if any, and why? You must provide facts from the source to support your answer. (Note: You may also feel free to use facts from any other articles you have read about this crime to support your answer.)

## Interviewing – Eliciting Testimony

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## **Complete these exercises**

### Exercise #1
Label each of the following 10 questions as one of the following question types: open-ended (O); closed-ended (C); multiple choice (M); or leading (L).

— "How were you threatened?"
— "How many times did they threaten you?"
— "Why did they threaten you?"
— "What makes you think that was the motive for the threat?"
— "Did they actually say anything about your religion when making the threat?"
— "And on that occasion, did they threaten you in person, by letter, by phone or some other way?"
— "Are you Christian?"
— "Did you leave your house after the first threat or after the second threat?"
— "Is your religion written on any of your documents?"
— "You said earlier that you were threatened 2 times, correct?"

### Exercise #2
Think back to an interview or conversation you have had that was adversarial. What effect did that have on the parties involved? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #3
Think back to an interview or conversation you have had that was difficult, but remained non-adversarial. What helped it remain non-adversarial? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #4
Think of broadcasters, journalists, or other professionals you know from the media, law enforcement, or other professions. Who is an example of an adversarial interviewer, and why? Who is an example of an effective non-adversarial interviewer, and why? Jot down notes regarding your two examples.

## Mass Atrocities and Genocide Awareness

Read the Presidential Study Directive on Mass Atrocities (PSD-10), released August 4, 2011(click here).

It is important for all officers to become aware of the history and content of PSD-10, which calls for the creation of an Interagency Atrocities Prevention Board and Corresponding Interagency Review.

DHS is in the process of publishing a lesson plan that will provide a general overview on mass atrocities and genocide awareness for DHS personnel, focusing primarily on the requirements of PSD-10. Additional training will be provided on procedures as they are developed to implement those requirements.

Read this report from NPR's *Morning Edition* about the work of the Human Rights Violators and War Crimes Unit at Immigration and Customs Enforcement (ICE).

**If you finish this assignment early**, use your time to read *Matter of Vides Casanova*, 26 I&N Dec. 494 (BIA 2015), the recent BIA case referenced in the NPR report.

**Researching and Using Country of Origin Information (COI) in RAIO Adjudications**

Have you finished reading the lesson plan?

*If yes, your task is now to:* **Complete these exercises**

### Country Conditions Information Research Exercises

## TRAINING OBJECTIVES:

(1) Students will become familiar with new sources of country conditions information and Research Unit resources for accessing country conditions information.

(2) Students will practice citing country conditions information that supports factual determinations that they make in the course of adjudicating claims and explaining the relevance of the source cited.

*Complete the exercises as instructed on a separate Word document and save your document.*

Complete the following exercises using the most relevant sources you can find. For each exercise, one or more factual issues will be identified. For each of those issues, cite a few sources that help you address the specific issues identified. Explain how the sources you cited, including specific quotations if possible, are relevant to the issue raised and, if applicable, what further information you would like to have in order to adequately adjudicate the issue.

Note: *Use the answer in the EXAMPLE EXERCISE below as a model.*

**EXAMPLE EXERCISE:** A 15-year old female asylum applicant from Mali expressed a fear that she would be subjected to female genital cutting against her will if she were returned to her country.

**Issue:** What is the likelihood that a 15-year-old Malian girl would be subjected to female genital cutting (FGC) in her country of origin?

**Answer**: The Department of State's Country Reports on Human Rights Practices for 2014 says the following about FGC in Mali (emphasis added):

Female Genital Mutilation/Cutting (FGM/C): FGM/C is legal in the country and, **except in certain northern areas**, was practiced widely across all religious and ethnic groups, **particularly in rural areas**. While the government took steps to raise awareness about the harmful health effects of FGM/C and successfully lowered the percentage of girls excised in at

least one region of the country, the government has not criminalized FGM/C, although FGM/C was prohibited in government-funded health centers. **FGM/C generally was performed on girls between the ages of six months and nine years.** The most common types of FGM/C were Type I and Type II. **The 2014 UNHCR report on FGM/C indicated 85 percent of girls and women ages 15 to 49 were excised, and 74 percent of girls and women in the same age group had a daughter who was excised.** Government information campaigns regarding the dangers of FGM/C reached citizens throughout the country, and human rights organizations reported decreased incidence of FGM/C among children of educated parents.

DOS considers there to be reliable evidence that the vast majority of Malian girls are subjected to FGC, which tends to support the applicant's claim to have a well-founded fear. However, the applicant is quite a bit older than the usual age at which FGC is performed in Mali. Is she from an urban area or from northern Mali, where DOS indicates that FGC is less common?

## EXERCISE ONE

A 45-year old male asylum-seeker from Algeria states that he self-identifies as Muslim, but belongs to a particular sect called the Ahmadis.   He claims that the government is preventing him from practicing his religion in Algeria, despite Algeria's Muslim majority demography.

**Issue One:** What does country conditions information indicate about the status of Ahmadis in Algeria today? How is the government of Algeria treating Ahmadi's today?

**Issue Two:** He also claims that Algerian citizens who belong to other sects of Islam in Algeria are persecuting him for his religious beliefs. What is the country conditions information regarding sectarian violence in Algeria today? And how are Ahmadis being treated in Algerian society?

## EXERCISE TWO

A 32-year-old female asylum-seeker from Turkey claims to fear return to her country because of her following of the teachings of the preacher Fethullah Gülen. Before leaving Turkey, she was a high school teacher at a private school associated with Hizmet.   Now that she is in America, she works for a Turkish cultural association called Raindrop Houses. She claims that the government of Turkey will persecute her and imprison her if she returns to Turkey.

**Issue One:** What does country conditions information indicate about how the followers of the teaching of Fethullah Gulen are being treated today by the Turkish government?

**Issue Two:** What is the country conditions information regarding private schools associated

with the Gülen movement in Turkey today?

## EXERCISE THREE

A 24-year-old asylum applicant from Saudi Arabia self identifies as a member of the LGBTI community. The applicant came to America to study at a university, but claims that members of their family have learned about their sexual orientation since they entered America. The applicant claims that they fear harm by both their family and the government.

**Issue One**: Identify two different sources of information pertaining to the treatment of LBGTI individuals in Saudi Arabia. What does country conditions information indicate about how LGBTI individuals are treated by both family members and the government in Saudi Arabia?

**PART 3:** Take stock of the country conditions sources that you have used in these exercises. Bookmark any that you may wish to refer to in the future. In addition, bookmark the following useful sites so that you can easily refer to them for future research: UNHCR Refworld; Open Source Center; and PiX (register for an account now so that you will have access during the Face-to-Face portion of training); Jane's Terrorism and Insurgency Centre (accessed through DHS Libraries' online journal collection).

## Past Persecution –
## Rebuttable Presumption

Have you finished viewing the webinar? (PW: )

## Asylum Process and
## Procedures

Have you finished reading the lesson plan and viewing the webinar? (PW: ████████

## India COI, Eliciting
## Testimony & Fraud

Have you finished viewing the webinar?

**Congratulations!**

**You have finished the Distance Training component.**

**Thank you for your participation.**

CF for CBP Distance Training Syllabus and Completion Attestation –
Instructions for Students

---

**Introduction**

The CF training for CBP Officers includes a 2-week reading component that must be completed prior to the Face-to-Face Classroom component. This document contains information you will need to complete the reading.

**Procedures for Completing the ADOTP Distance Training**

The syllabus for the CF for CBP Distance Training is on the following pages. Please follow these instructions to complete the DT:

- Complete each unit and any corresponding assignments within the proscribed timeframes. The units are not currently listed in any preferred order.

- When you have completed a unit, initial and date the corresponding box.

- Once you have completed all of the Distance Training units, you and a Manager from your office must sign and date the Completion Attestation form to verify proper completion of all units.

- Scan and email a copy of all pages of the CF for CBP Distance Training Syllabus and Completion Attestation to ███████████████ @uscis.dhs.gov. **Title your email and attachment as follows:** *Last Name, First Name - ADOTP DT – Completion Attestation*

- The CF for CBP Distance Training schedule totals 80 hours (around 10 business days, depending upon work schedules). *To be used in conjunction with the CF for CBP Distance Training Component Workbook.*

| Topic | Time Allocated | Initial & Date Upon Completion (MM/DD/YY) |
|---|---|---|
| Sources of Authority: *reading* | *1.25 hours* | |
| Reading and Using Case Law: *reading* + *exercise* | *2.75 hours* | |
| International Human Rights Law: *reading* | *1.5 hours* | |
| UNHCR Overview: *reading* | *1.5 hours* | |
| Refugee Definition: *reading* | *2 hours* | |
| Persecution: *reading* | *2.25 hours* | |
| Refugee Definition; Persecution: *Webinar* + *exercise* | *1.5 hours* | |
| Interviewing – Intro to the Non- Adversarial Interview: *reading* + *exercises* | *2.5 hours* | |
| Nexus and the Protected Grounds (minus PSG): *reading* + *exercises* | *3.5 hours* | |
| Nexus – PSG: *reading* | *4 hours* | |
| Well-Founded Fear: *reading* | *2.5 hours* | |
| Interviewing – Survivors of Torture: *reading* | *1 hour* | |
| Interviewing – Note Taking: *reading* | *1 hour* | |

| | | |
|---|---|---|
| Interviewing – Eliciting Testimony: *reading* + *exercises* | *2 hours* | |
| Interviewing – Working with an Interpreter: *reading* | *2 hours* | |
| Detecting Possible Victims of Trafficking: *reading* | *1.5 hours* | |
| Cross-Cultural Communication: *reading* | *.75 hours* | |
| Evidence: *reading* | *2 hours* | |
| Fraud and FDNS Overview: *reading* | *2.5 hours* | |
| International Religious Freedom Act (IRFA): *reading* | *2 hours* | |
| Persecutor Bar: *reading* | *2 hours* | |
| Mass Atrocities and Genocide Awareness: *reading* | *.5 hours* | |
| LGBTI Claims: *reading* | *2 hours* | |
| Gender-Related Claims: *reading* | *1.75 hours* | |
| Children's Claims: *reading* | *3.5 hours* | |
| National Security, Part 1: *reading* | *1.25 hours* | |
| National Security, Part 2 (TRIG): *reading* | *3.25 hours* | |

| | | |
|---|---|---|
| Researching and Using Country of Origin Information (COI) in RAIO Adjudications: *reading* + *exercises* | *1.5 hours* | |
| Firm Resettlement: *reading* | *1.25 hours* | |
| Discretion: *reading* | *.5 hours* | |
| Decision-Making: *reading* + *exercise* | *1.5 hours* | |
| Office of Security & Integrity (OSI) and Significant Incident Reporting: *webinar* | *1 hour* | |
| Past Persecution - Rebuttable Presumption: Presentation (PW: ███████) | *2 hours* | |
| LP Asylum Process and Procedures: *reading* | *.75 hour* | |
| Asylum Process and Procedures Manual and Introduction to the AAPM Wiki: Presentation (PW: ████████) | *1.5 hours* | |
| LP Mandatory Bars Overview and Criminal Bars: *reading* | *1.25 hours* | |
| LP Credibility – ASYLUM SUPPLEMENT: *reading* | *1 hour* | |
| LP Credible Fear: *reading* | *1.25 hours* | |
| LP ABC/NACARA: *reading*<br>• Pages 2-16 | *.5 hours* | |
| LP – Reasonable Fear: *reading*<br>• Pages 20-40 "Convention Against Torture"<br>• Pages 45-47 "Eliciting Information" | *.75 hours* | |
| India COI, Eliciting Testimony, and Fraud Webinar (PW: ████████) | *3 hours* | |

## **COMPLETION ATTESTATION**

I hereby attest by my signature below that all of the CF for CBP Distance Training units, initialed and dated in the preceding pages, have been duly completed by me according to the requirements of the CF for CBP Distance Training guidelines.

_____
Printed Name of Training Participant

_____     _____
Signature of Training Participant                                      Date

I hereby attest by my signature below that the above-named officer has been allotted the required time for completion of all of the CF for CBP Distance Training lesson units and hereby verify that the officer has completed all such required lesson units according to the requirements of the CF for CBP Distance Training guidelines.

_____
Training Officer or Local Office Management – Printed Name and Title

_____     _____
Training Officer or Local Office Management – Signature               Date

# CREDIBLE FEAR FOR USBP TRAINING

| 7:00 * | (Day 1) MAY 13 *Early Arrival for PIV and laptop issuance | (DAY 2) MAY 14 | (DAY 3) MAY15 | (DAY 4) MAY 16 | (DAY 5) MAY17 |
|---|---|---|---|---|---|
| 8:00 | **Welcome and Overview** 8:00 am – 8:30 am (.5hr.)<br><br>**USCIS Director Cissna Remarks** 8:30 am – 9:00 am (.5hr.)<br><br>**Non-Adversarial Interviews, Note-Taking & Confidentiality** 9:15 am – 11:00 am (1.75 hrs.) 1.5 hours<br><br>**USCIS CSAT &MyIT** 11:00 am – 12:00 pm (1hr) IRFA-30-45 Mins | **Nexus and Protected Grounds** 8:00 am – 12:00 pm (3.75 hrs. and one .25 hr. break) **3.25 hours** with break | **IRFA** 8:00 am – 9:00 am (1 hr.) Done on Monday<br><br>**Well-Founded Fear** 9:15 am – 12:00 pm (2.75 hrs.)<br><br>8-11am with Break<br><br>11-1130 REAL ID<br><br>Lunch 1130-1230 | **Overview of Mandatory Bars & TRIG** 8:00 am – 10:00 am (2 hrs.) 8-945<br><br>**Fraud Detection and National Security** 10:15 am – 12:00 pm (1.75 hrs.)<br><br>10:05-11:05<br><br>Tech issues 11:05-11:30<br><br>Lunch 1130-1230 | **Country of Origin Information in CF** 8:00 am – 12:00 pm (3.75 hrs. and one .25 hr. break)<br><br>8-11:30 Latin America COI with break<br><br>Lunch 11:30-12:30 |
| | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 1:00<br><br><br><br><br><br><br><br><br><br>5:00 | **Refugee Definition & Persecution** 1:00 pm – 3:45 pm (2.75 hrs.)<br><br>**Evidence** 4:00 pm – 5:00 pm (1 hr.)<br><br>Finished at 4:00 | **Nexus Continued & Particular Social Group** 1:00 pm – 5:00 pm (3.75 hrs. and one .25 hr. break)<br><br>**3.25 hours** with break | **Credibility** 1:00 pm – 5:00 pm (3.75 hrs. and one .25 hr. break) 1230-345<br><br>Interpreters and Attorneys 3:45-4:15<br><br>Intro to protection screenings. 4:15-4:35 | **Credible Fear** 1:30 pm – 3:15 pm (1.75 hrs.)<br><br>**Convention Against Torture** 3:30 pm – 5:00 pm (1.5 hrs.) 1230-215 CAT<br><br>225-315 CF<br><br>TECH 315-415 | COI cont 12:30-1:00<br><br>Systems Access 1:00-1:45<br><br>India COI video 2-3:00<br><br>**Conduct COI Research on Northern Triangle, China and India** 1:00 pm – 4:00 pm (2.75 hrs. and one .25 hr. break)<br><br>**Eliciting Testimony-** India 4:00 pm – 5:00 pm (1hr) 3:15-5:00 |
| | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

Updated:  5/09/2019          SCHEDULE SUBJECT TO CHANGE

**CREDIBLE FEAR FOR USBP TRAINING**

|  | (DAY 6) MAY20 | (DAY 7) MAY 21 | (DAY 8) MAY 22 | (DAY 9) MAY 23 | (DAY 10) MAY 24 |
|---|---|---|---|---|---|
| 8:00 ... 12:00 | Tech 8:00-8:15<br><br>**CF Checklist: Determinations 1 (Positive and Negative)**<br>8:00 am – 10:15 am (2.25 hrs.) 9:45-12:00<br><br>**APSO Forms (I870)**<br>10:30 am – 12:00 pm (1.5 hrs.) 8:15-9:30 | **Affirmative Interview Observation with Contemporaneous Notetaking**<br>8:00 am – 11:00 am (3 hrs.) 8-8:20 Intro to affirmative 8:30-11 affirmative interview observation (AOs did not finish interview)<br><br>**Affirmative Interview Group Debrief**<br>11:15 am – 12:00 pm (.75hrs.) 11:10-11:30 | **Review CF Procedures**<br>8:00 am – 9:00 am (1 hr.)<br><br>**CF Interview Observations with Contemporaneous Notetaking**<br><br>9:00/9:30 – 1:15<br><br>**Workflow, Local Procedures and Supervisory Review**<br>(timing dependent on int erview observation – can also be covered on ramp up days) | **Graded Exam (multiple choice)**<br>8:00 am – 9:00 am (1 hr.)<br><br>**Global Overview**<br>9:15 am – 10:30 am (1.25 hrs.) 9:15-10:05<br><br>**Security Checks Lab**<br>10:30 am – 12:00 pm (1.5 hrs) 10:10-11:10<br><br>Exam Review 11:10-11:30 | **CF Interview Observations (2)**<br>Reviewed notes/templates 8-9<br><br>Interview Observations 9-12 All officers observed 1 to completion, 7 officers only observed the half of a second one and will get AOs notes |
| 1:00 ... 5:00 | LUNCH<br>Systems/CSAT 1-1:45<br><br>**APSO Security Checks**<br>1:00 pm – 2:00 pm (1 hr.) 2:00-3:00<br><br>Checklist cont'd 3:15-4:00<br><br>**Eliciting CF Testimony**<br>2:15 pm – 4:15 pm (2hrs) 4:00-5:00 | LUNCH<br>**Briefing on Non-Detained CF Interview Procedures**<br>1:00 pm – 2:45 pm (1.75 hrs.) 12:30-2:15<br><br>**Credible Fear Paired Mock Interview Exercise**<br>3:00 pm – 5:00 pm (2 hrs.) 2:30-4:30 | LUNCH<br>**Interview Write Ups and Feedback**<br>Interview write-ups 2:15-3:00<br>Workflow/local procedures 3:15-4<br>Feedback 4:10-5 | LUNCH<br>Office set-up/tech issues 12:30-1:30<br><br>**Graded Practical CF Exam**<br>1:00 pm – 3:30 pm (2.5 hrs.) 1:30-4:00<br><br>**Dissolution and Rare Language Procedures**<br>3:45 pm – 5:00 pm (1.25 hrs.) 4:00-5:00 | LUNCH<br>**Write-up**<br>1:00-2:30<br><br>**Form Filler**<br>2:30-3:45<br><br>**Individual Feedback**<br>4:00-5:00 |

**Updated:  5/09/2019**          **SCHEDULE SUBJECT TO CHANGE**

**CREDIBLE FEAR FOR USBP TRAINING**

|  | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |
|---|---|---|---|---|---|
|  | (Day 11) MAY 27 | (DAY 12) MAY 28 | (DAY 13) MAY 29 | (DAY 14) MAY 30 | (DAY 15) MAY 31 |
| 8:00 | **Federal Holiday-Memorial Day**<br><br>**OFFICE CLOSED** | **Group A**<br>**Guided Mock Interview**<br>**8:00-10:30**<br><br>**Write-up Mock**<br>**10:30-12:00**<br><br>**Self-Study**<br>**12:00-1:00**<br><br>**Group B**<br>**Write-Up Sample Case**<br>**8:00-9:30**<br><br>**Self-Study**<br>**9:30-10:30**<br><br>**Guided Mock Interview**<br>**10:30-1:00** | **Officer conducts one CF interview (observed) and completes paperwork, submits for evaluation and feedback (not graded)** | **Officer conducts one CF interview (observed) and completes paperwork, submits for evaluation and feedback (graded)** | **Officer conducts one CF interview and completes paperwork, submits for review** |
|  | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 5:00 |  | **Write-Up Sample Case (Group A) / Mock (Group B)**<br>**2:00-3:30**<br><br>**Self-Study/Individual Feedback**<br>**3:30-5:00** | **Officer conducts one CF interview (observed) and completes paperwork, submits for evaluation and feedback (graded)** | **Officer conducts one CF interview (observed) and completes paperwork, submits for evaluation and feedback (graded)** | **Complete revisions/ self-study** 1:00-3:00<br><br>**SAO Feedback/ Q&A** 3:00 – 4:30<br><br>**End of course feedback evaluation** 4:30-5:00 |
|  | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

**Updated:  5/09/2019                    SCHEDULE SUBJECT TO CHANGE**

# EXHIBIT 6

# DISTANCE TRAINING COMPONENT WORKBOOK

## Last Updated: May 2019

# Table of Contents

1. Introduction ................................................................................................................ 3

    A. Welcome .............................................................................................................3

    B. Contact Information ...........................................................................................3

    C. Purpose of DT ..................................................................................................4

    D. Content and Structure of the DT.....................................................................4-5

    E. Relationship between DT and the Face-to-Face Training ................................5-6

    F. Lesson Plans .....................................................................................................6

    G. Webinars ...........................................................................................................6

    H. Evaluation/Exams .............................................................................................6

2. How to Use this Workbook ...................................................................................... 7

3. Syllabus and Attestation Form Instructions......................................................... 8

4. Content................................................................................................................ 9-19

# I. Introduction

**A. Welcome** to the first component of the Distance Training component. Although you will be in your home office during the Distance Training (DT), you will not be performing your routine office duties during this time. Each office is required to allocate a certain amount of time for new officers to complete the DT—approximately 80 hours are required. The DT is designed to give you time to read and process selected training materials. This will help prepare you for attending the second component of the training, the Face-to-Face component (F2F). You will have an opportunity to raise questions during the F2F component, where the topics may be addressed again.

**B. Contact Information**

Asylum Division:          Asylum Division Training Coordinators
                          ███████████████████@uscis.dhs.gov

## C. Purpose of DT

The main reasons that DT has been developed are to:

- **Give you time to read materials before attending the Face-to-Face training**
  The training materials are very lengthy, and reading them is time-consuming. To fully understand the topics addressed at the training, officers must read the training materials prior to attending class. There is no class time allotted for reading materials during the Face-to Face training; if class time were given, it would make the Face-to-Face residential training much longer than it currently is. DT allows you the time needed – during work hours at your home office, rather than away from home at the Face-to-Face training – to do that reading.

- **Ensure that you begin the Face-to-Face training with a basic foundation of the subject matter**
  Officers have varying levels of knowledge of the topics that are covered in class. Some of you have been involved in immigration work for many years, others have not. Because of this, instructors must teach classes with students of varying levels of knowledge, which is difficult for both the instructors and the students. The DT component prior to the Face-to-Face classroom component attempts to reduce this knowledge gap so that all of you will have a basic foundation in/understanding of the course topics prior to the start of the Face-to-Face component. If you are already familiar with the course content, and able to complete the reading and assignments for a topic quickly, utilize any additional allotted time to expand your knowledge and to help others: complete the additional activities in this workbook, read the Additional Resources in the lesson plans, and help your colleagues in your office who are new to this work. For more information about how to use your time during the DT, see section 2 – How to Use this Workbook, item 9.

- **Better utilize the Face-to-Face time for exercises and practical application of the concepts in the materials**
  When all students have read the materials in advance and have a basic understanding of the course topics, instructors do not need to go over the content in great detail during class. Instead, a summary of the content can be provided and the majority of class time can be spent on discussion and practical application of the information and concepts in the training materials.

## D. Content and Structure of the DT

### What You Will Need:
The information and materials, including links to other materials that you will need for DT, are in this Workbook.

In addition to completing the reading assignments, you will listen to recorded Webinars with

instructors, read supplemental training materials, and complete exercises that you will email to the Asylum Division Training Coordinators, ████████████████ @uscis.dhs.gov.

**Time Management:**
The current DT model was designed to be a flexible and self-directed program of study.

Because you are in your home office during the Distance Training (DT) rather than at a "Face-to-Face" classroom training, you will need to make a clear distinction between your office work and the time you spend on this training. **For this reason, you must use all of the allotted time to complete each respective topic** (i.e. – you cannot finish individual topics or the training early)—just as if you were at a Face-to-Face training. For those of you who may finish a topic and have extra time, there are additional assignments for you to complete in the Workbook. Additional information on how to use your time can be found below in section 2 – How to Use this Workbook.

**We also recommend that you do not spend** *more* **than the allotted amount of time on any individual topic**, and that you adhere to your proposed schedule as closely as possible. The Lesson Plans are intended to serve the dual purpose of both training and guidance documents, which you will be able to access throughout your training and beyond.

The time allocated for each topic includes time to read the materials, and complete the exercises. Anticipating that there will be participants with a range of backgrounds, we have kept the times for required reading and exercises at a level that should allow all participants to complete the assignments.

## E. Relationship between DT and the Face-to-Face Training

The topics covered at DT will be reinforced during the Face-to-Face component that follows DT. Because you will have read the materials and completed exercises, you are expected to come to class with at least a basic knowledge of the topics and be prepared to actively participate in the discussions and exercises.

Instructors will approach the Face-to-Face classes with this in mind. The instructors will not simply lecture in class on the information in the lesson plans. Rather, instructors will help you apply the information and concepts in the lesson plans through practical exercises, case studies, discussions with subject matter experts, and problem-solving activities.

It is important that you complete the required DT reading and assignments because:

- The assignments will form the basis of Face-to-Face classroom activities.

- You will be expected to know and apply the material during the practical exercises and interviews.

- The information for the exams given will be taken from the lesson plans and will

test both your knowledge of the content of the lesson plans and your ability to apply that knowledge.

## F. Lesson Plans

The RAIO Lesson Plans consist of:

- The main body of the Lesson Plan
- Other materials (e.g., glossaries, lists of cases)
- Division-specific Supplements (information specific to the divisions)

DT consists of a list of assigned topics. You are required to read the body of the Lesson Plans for each of these topics as well as the **supplement for the Asylum Division**, which is delineated in yellow. Reading the RAD and IO Supplements **is not** required. Supplements are located after the Lesson Plan and are color-coded by division:



## G. Webinars

All webinars are pre-recorded so that participants have the flexibility to access them on their self-directed DT schedule. We use the Adobe Connect Webinar and the AT&T Connect platforms for all webinars.

## H.  Evaluation/Exams

Note the following about the exams:

- No exams during the Distance Training

- At least one graded Multiple Choice Exam during the Face-to-Face training

- Exam topics include Lesson Plans covered during both the Distance Training and the face to face training (e.g., includes Case Law and Sources of Authority, which are addressed during the DT, but not during the Face-to-Face training)

- All questions relate to the objectives listed in the beginning of each Lesson Plan.

## 2. How to Use this Workbook

**For each topic:**

1. <u>**Plan your DT schedule.**</u>

2. <u>**Read the body of the Lesson Plans and the Supplements for the Asylum Division**</u>.

3. <u>**Complete any corresponding assignment(s) (e.g., exercises)**</u> located in this Workbook in section 5 – Content.

   *Exercises*: Some Lesson Plans contain practical exercises; do NOT complete them. You need to refer only to this Workbook to know which exercises to complete.

4. <u>**Write down any questions you have about the content of the course.**</u> You can send them to ███████████████████ @uscis.dhs.gov, or else ask them at the Face-to- Face residential component of the training.

5. <u>**Be prepared to ask your questions and discuss your responses**</u> to the exercises at the Face-to-Face component of the training.

6. <u>**Use your time wisely.**</u> The schedule lists the topics you should cover and the required amount of time to spend on each topic. How you use your work time to complete the listed assignments is at your discretion

   However you structure your time, **all assignments must be completed and the Completion Attestation must be submitted to Asylum Training as instructed in section 3, below, by the due date established for your training class**.

# 3. Syllabus and Attestation Form Instructions

The syllabus provided separately provides a list of modules you are required to complete for the Distance Training component. By signing and submitting these forms, you are certifying that you have completed the Distance Training in accordance with this Workbook.

Please follow the instructions below to complete the Distance Training Syllabus and Attestation Forms.

1. Complete each topic and its corresponding assignments using the allotted time for that topic; we suggest that you complete each topic in the order listed, although you may complete them in a different order.

2. When you have completed a topic, initial and date (using MM/DD/YY format) the corresponding box to indicate that you have completed the work required for that topic.

3. Once you have completed all of Distance Training, you and the coordinating management from your office must sign and date the Completion Attestation form and verify your completion of all topics.

4. If you were unable to complete any topic, leave the corresponding box blank, and attach an explanation of why the topic was not completed.

5. Print, scan and email a copy of **all pages** of the Distance Training Syllabus and Completion Attestation to your Asylum and CBP POCs and the Asylum Training Coordinator mailbox (asylumtraining-coordinators@uscis.dhs.gov)using the contact information provided in section 1, part B, above. **Title your email and attachment as follows:**
   *Last Name, First Name_ Completion Attestation*

# 4. Content

1. Please read all of the Lesson Plans and Asylum Supplements, as outlined in the Distance Training Attestation.

2. There are certain lessons that have corresponding exercises or webinars, which can be found below:

   a. Reading and Using Case Law
   b. Interviewing – Introduction to the Non-Adversarial Interview
   c. Nexus and Protected Grounds (minus PSG)
   d. Interviewing – Eliciting Testimony
   e. Mass Atrocities and Genocide Awareness
   f. Researching and Using Country of Origin Information (COI) in RAIO Adjudications
   g. Past Persecution – Rebuttable Presumption
   h. Asylum Process and Procedures
   i. India COI, Eliciting Testimony & Fraud

---

### Reading and Using Case Law

---

Have you finished reading the lesson plan?

*If yes, your task now is to:*

### Complete this Exercise

Read the attached case, *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).

Summarize the facts, the sources of authority, the decision, and the reasoning behind the decision in *Matter of Mogharrabi* by completing the attached exercise form.

- *Fill out the form and save your document.*


**If you finish this assignment early**, use your extra time to read *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985) – a seminal case in asylum law. (**Note:** this is not a required activity.)

---

### Interviewing – Introduction to the Non-Adversarial Interview

---

Have you finished reading the lesson plan?

*If yes, your tasks now are to:*

## **Complete these exercises**

**Exercise #1**
Write a short phrase to describe two meanings of the term "non-adversarial."

**Exercise #2**
Write out the introduction to your interview. The introduction should address all of the components listed in the lesson plan the Asylum Division supplement.

## Nexus and the Protected Grounds (minus PSG)

Have you finished reading the lesson plan?

## Complete these exercises

### Exercise #1

Read this article from August 6, 2012 about the Sikh Temple Shooting in Wisconsin. You should also conduct online research to read other articles about this crime. Based on the evidence, what do you think was the motive for the attack, if any, and why? Please write at least one paragraph analyzing whether the evidence indicates this attack was on account of any protected characteristic(s). You must provide facts from the source to support your answer. Please cite any sources you use.

### Exercise #2 (Note: This exercise is optional, please complete if you have time)

Read this article about the Aurora Shooting in July 2012. Based on the evidence, what do you think was the motive for the attack, if any, and why? You must provide facts from the source to support your answer. (Note: You may also feel free to use facts from any other articles you have read about this crime to support your answer.)

## Interviewing – Eliciting Testimony

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

### Exercise #1
Label each of the following 10 questions as one of the following question types: open-ended (O); closed-ended (C); multiple choice (M); or leading (L).

- —— "How were you threatened?"
- —— "How many times did they threaten you?"
- —— "Why did they threaten you?"
- —— "What makes you think that was the motive for the threat?"
- —— "Did they actually say anything about your religion when making the threat?"
- —— "And on that occasion, did they threaten you in person, by letter, by phone or some other way?"
- —— "Are you Christian?"
- —— "Did you leave your house after the first threat or after the second threat?"
- —— "Is your religion written on any of your documents?"
- —— "You said earlier that you were threatened 2 times, correct?"

### Exercise #2
Think back to an interview or conversation you have had that was adversarial. What effect did that have on the parties involved? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #3
Think back to an interview or conversation you have had that was difficult, but remained non-adversarial. What helped it remain non-adversarial? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #4
Think of broadcasters, journalists, or other professionals you know from the media, law enforcement, or other professions. Who is an example of an adversarial interviewer, and why? Who is an example of an effective non-adversarial interviewer, and why? Jot down notes regarding your two examples.

---

**Mass Atrocities and Genocide Awareness**

---

Read the Presidential Study Directive on Mass Atrocities (PSD-10), released August 4, 2011(click here).

It is important for all officers to become aware of the history and content of PSD-10, which calls for the creation of an Interagency Atrocities Prevention Board and Corresponding Interagency Review.

DHS is in the process of publishing a lesson plan that will provide a general overview on mass atrocities and genocide awareness for DHS personnel, focusing primarily on the requirements of PSD-10. Additional training will be provided on procedures as they are developed to implement those requirements.

Read this report from NPR's *Morning Edition* about the work of the Human Rights Violators and War Crimes Unit at Immigration and Customs Enforcement (ICE).

**If you finish this assignment early**, use your time to read *Matter of Vides Casanova*, 26 I&N Dec. 494 (BIA 2015), the recent BIA case referenced in the NPR report.

---

**Researching and Using Country of Origin Information (COI) in RAIO Adjudications**

---

Have you finished reading the lesson plan?

*If yes, your task is now to:* **Complete these exercises**

## Country Conditions Information Research Exercises

**TRAINING OBJECTIVES:**

(1) Students will become familiar with new sources of country conditions information and Research Unit resources for accessing country conditions information.

(2) Students will practice citing country conditions information that supports factual determinations that they make in the course of adjudicating claims and explaining the relevance of the source cited.

*Complete the exercises as instructed on a separate Word document and save your document.*

Complete the following exercises using the most relevant sources you can find. For each exercise, one or more factual issues will be identified. For each of those issues, cite a few sources that help you address the specific issues identified. Explain how the sources you cited, including specific quotations if possible, are relevant to the issue raised and, if applicable, what further information you would like to have in order to adequately adjudicate the issue.
Note: *Use the answer in the EXAMPLE EXERCISE below as a model.*

**<u>EXAMPLE EXERCISE</u>:** A 15-year old female asylum applicant from Mali expressed a fear that she would be subjected to female genital cutting against her will if she were returned to her country.

**Issue:** What is the likelihood that a 15-year-old Malian girl would be subjected to female genital cutting (FGC) in her country of origin?

**Answer**: The Department of State's Country Reports on Human Rights Practices for 2014 says the following about FGC in Mali (emphasis added):

Female Genital Mutilation/Cutting (FGM/C): FGM/C is legal in the country and, **except in certain northern areas**, was practiced widely across all religious and ethnic groups, **particularly in rural areas**. While the government took steps to raise awareness about the harmful health effects of FGM/C and successfully lowered the percentage of girls excised in at

least one region of the country, the government has not criminalized FGM/C, although FGM/C was prohibited in government-funded health centers. **FGM/C generally was performed on girls between the ages of six months and nine years.** The most common types of FGM/C were Type I and Type II. **The 2014 UNHCR report on FGM/C indicated 85 percent of girls and women ages 15 to 49 were excised, and 74 percent of girls and women in the same age group had a daughter who was excised.** Government information campaigns regarding the dangers of FGM/C reached citizens throughout the country, and human rights organizations reported decreased incidence of FGM/C among children of educated parents.

DOS considers there to be reliable evidence that the vast majority of Malian girls are subjected to FGC, which tends to support the applicant's claim to have a well-founded fear. However, the applicant is quite a bit older than the usual age at which FGC is performed in Mali. Is she from an urban area or from northern Mali, where DOS indicates that FGC is less common?

## EXERCISE ONE

A 45-year old male asylum-seeker from Algeria states that he self-identifies as Muslim, but belongs to a particular sect called the Ahmadis.   He claims that the government is preventing him from practicing his religion in Algeria, despite Algeria's Muslim majority demography.

**Issue One:** What does country conditions information indicate about the status of Ahmadis in Algeria today? How is the government of Algeria treating Ahmadi's today?

**Issue Two:** He also claims that Algerian citizens who belong to other sects of Islam in Algeria are persecuting him for his religious beliefs. What is the country conditions information regarding sectarian violence in Algeria today? And how are Ahmadis being treated in Algerian society?

## EXERCISE TWO

A 32-year-old female asylum-seeker from Turkey claims to fear return to her country because of her following of the teachings of the preacher Fethullah Gülen. Before leaving Turkey, she was a high school teacher at a private school associated with Hizmet.   Now that she is in America, she works for a Turkish cultural association called Raindrop Houses. She claims that the government of Turkey will persecute her and imprison her if she returns to Turkey.

**Issue One:** What does country conditions information indicate about how the followers of the teaching of Fethullah Gulen are being treated today by the Turkish government?

**Issue Two:** What is the country conditions information regarding private schools associated

with the Gülen movement in Turkey today?

## EXERCISE THREE

A 24-year-old asylum applicant from Saudi Arabia self identifies as a member of the LGBTI community. The applicant came to America to study at a university, but claims that members of their family have learned about their sexual orientation since they entered America. The applicant claims that they fear harm by both their family and the government.

**Issue One**: Identify two different sources of information pertaining to the treatment of LBGTI individuals in Saudi Arabia. What does country conditions information indicate about how LGBTI individuals are treated by both family members and the government in Saudi Arabia?

**PART 3:** Take stock of the country conditions sources that you have used in these exercises. Bookmark any that you may wish to refer to in the future. In addition, bookmark the following useful sites so that you can easily refer to them for future research: UNHCR Refworld; Open Source Center; and PiX (register for an account now so that you will have access during the Face-to-Face portion of training); Jane's Terrorism and Insurgency Centre (accessed through DHS Libraries' online journal collection).

| Past Persecution –<br>Rebuttable Presumption |
|---|

Have you finished viewing the <u>webinar</u>? (PW:▮▮▮▮▮▮▮

| Asylum Process and<br>Procedures |
|---|

Have you finished reading the lesson plan and viewing the <u>webinar</u>? (PW: ▮▮▮▮▮

| India COI, Eliciting<br>Testimony & Fraud |
|---|

Have you finished viewing the <u>webinar</u>?

**Congratulations!**

**You have finished the Distance Training component.**

**Thank you for your participation.**

CF for USBP Distance Training Syllabus and Completion Attestation – Instructions for Students

_____

**Introduction**

The CF training for CBP Officers includes a 2-week reading component that must be completed prior to the Face-to-Face Classroom component. This document contains information you will need to complete the reading.

**Procedures for Completing the ADOTP Distance Training**

The syllabus for the CF for USBP Distance Training is on the following pages. Please follow these instructions to complete the DT:

- Complete each unit and any corresponding assignments within the proscribed timeframes. The units are not currently listed in any preferred order.

- When you have completed a unit, initial and date the corresponding box.

- Once you have completed all of the Distance Training units, you and a Manager from your office must sign and date the Completion Attestation form to verify proper completion of all units.

- Scan and email a copy of all pages of the CF for USBP Distance Training Syllabus and Completion Attestation to ███████████████ @uscis.dhs.gov. **Title your email and attachment as follows:** *Last Name, First Name - ADOTP DT – Completion Attestation.* **Please CC your CBP and Asylum POCs.**

- The CF for USBP Distance Training schedule totals approximately 80 hours (around 10 business days, depending upon work schedules). *To be used in conjunction with the CF for USBP Distance Training Component Workbook.*

| Topic | Time Allocated | Initial & Date Upon Completion (MM/DD/YY) |
|---|---|---|
| Sources of Authority: *reading* | *1.25 hours* | |
| Reading and Using Case Law: *reading* + *exercise* | *2.75 hours* | |
| International Human Rights Law: *reading* | *1.5 hours* | |
| UNHCR Overview: *reading* | *1.5 hours* | |
| Refugee Definition: *reading* | *2 hours* | |
| Persecution: *reading* | *2.25 hours* | |
| Refugee Definition; Persecution: *Webinar* + *exercise* | *1.5 hours* | |
| Interviewing – Intro to the Non- Adversarial Interview: *reading* + *exercises* | *2.5 hours* | |
| Nexus and the Protected Grounds (minus PSG): *reading* + *exercises* | *3.5 hours* | |
| Nexus – PSG: *reading* | *4 hours* | |
| Well-Founded Fear: *reading* | *2.5 hours* | |
| Interviewing – Survivors of Torture: *reading* | *1 hour* | |
| Interviewing – Note Taking: *reading* | *1 hour* | |

| | | |
|---|---|---|
| Interviewing – Eliciting Testimony: *reading* + *exercises* | *2 hours* | |
| Interviewing – Working with an Interpreter: *reading* | *2 hours* | |
| Detecting Possible Victims of Trafficking: *reading* | *1.5 hours* | |
| Cross-Cultural Communication: *reading* | *.75 hours* | |
| Evidence: *reading* | *2 hours* | |
| Fraud and FDNS Overview: *reading* | *2.5 hours* | |
| International Religious Freedom Act (IRFA): *reading* | *2 hours* | |
| Persecutor Bar: *reading* | *2 hours* | |
| Mass Atrocities and Genocide Awareness: *reading* | *.5 hours* | |
| LGBTI Claims: *reading* | *2 hours* | |
| Gender-Related Claims: *reading* | *1.75 hours* | |
| Children's Claims: *reading* | *3.5 hours* | |
| National Security, Part 1: *reading* | *1.25 hours* | |
| National Security, Part 2 (TRIG): *reading* | *3.25 hours* | |

| | | |
|---|---|---|
| Researching and Using Country of Origin Information (COI) in RAIO Adjudications: *reading* + *exercises* | *1.5 hours* | |
| Firm Resettlement: *reading* | *1.25 hours* | |
| Discretion: *reading* | *.5 hours* | |
| Decision-Making: *reading* + *exercise* | *1.5 hours* | |
| Office of Security & Integrity (OSI) and Significant Incident Reporting: *webinar* | *1 hour* | |
| Past Persecution - Rebuttable Presumption: Presentation (PW: ▮▮▮▮) | *2 hours* | |
| LP Asylum Process and Procedures: *reading* | *.75 hour* | |
| Asylum Process and Procedures Manual and Introduction to the AAPM Wiki: Presentation (PW: ▮▮▮▮) | *1.5 hours* | |
| LP Mandatory Bars Overview and Criminal Bars: *reading* | *1.25 hours* | |
| LP Credibility – ASYLUM SUPPLEMENT: *reading* | *1 hour* | |
| LP Credible Fear: *reading* | *1.25 hours* | |
| LP ABC/NACARA: *reading*<br>• Pages 2-16 | *.5 hours* | |
| LP – Reasonable Fear: *reading*<br>• Pages 20-40 "Convention Against Torture"<br>• Pages 45-47 "Eliciting Information" | *.75 hours* | |
| India COI, Eliciting Testimony, and Fraud Webinar (PW: ▮▮▮▮) | *3 hours* | |

**COMPLETION ATTESTATION**

I hereby attest by my signature below that all of the CF for CBP Distance Training units, initialed and dated in the preceding pages, have been duly completed by me according to the requirements of the CF for CBP Distance Training guidelines.

_____

Printed Name of Training Participant

_____     _____

Signature of Training Participant                                               Date

I hereby attest by my signature below that the above-named officer has been allotted the required time for completion of all of the CF for CBP Distance Training lesson units and hereby verify that the officer has completed all such required lesson units according to the requirements of the CF for CBP Distance Training guidelines.

_____

Training Officer or Local Office Management – Printed Name and Title

_____     _____

Training Officer or Local Office Management – Signature                    Date

# CREDIBLE FEAR FOR USBP TRAINING

| 7:00 * | (DAY 1) JUNE 10 | (DAY 2) JUNE 11 | (DAY 3) JUNE 12 | (DAY 4) JUNE 13 | (DAY 5) JUNE 14 |
|---|---|---|---|---|---|
| 8:00 | **Welcome and Overview** 8:00 am – 8:30 am (.5hr.) **Tech** 8:30 am – 9:30 am (1 hr) ▮ **Non-Adversarial Interviews, Note-Taking & Confidentiality** 9:45 am – 11:30 am (1.75 hrs.) ▮ **Lunch 11:30 AM-12:30 PM** *RAIO Training Room (3rd floor 20 Mass DC)* | **RAIO Travel** 8:00 am - 8:20 am **Evidence** 8:20 am – 9:15 am (55 mins) ▮ **Refugee Definition & Persecution** 9:30 am – 12:00 pm (2.5 hrs) ▮ *Discuss and complete documents from observed interview* *RAIO Training Room (3rd floor 20 Mass DC)* | **Well-Founded Fear** 8:00 am – 10:45 am (2.75 hrs.) ▮ **IRFA** 11:00 – 12:00 (1 hr.) ▮ *RAIO Training Room (3rd floor 20 Mass DC)* | **Working with Interpreters and Consultants** 8:00 am – 9:00 am (1 hr) ▮ **Intro Practice** 9:00 am – 9:30 am (.5 hr) ▮ **Overview of Mandatory Bars & TRIG** 9:30 am – 10:45 am (1.25) *Adverse Memo Practice* **APSO Security Checks** 11:00 am – 12:00 pm (1 hr.) *RAIO Training Room (3rd floor 20 Mass DC)* | **Country of Origin Information in CF – Latin America** 8:00 am – 12:00 pm (4 hrs with 15 min break) ▮ *RAIO Training Room (3rd floor 20 Mass DC)* |
| 12:00 | | | | | |
| | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 1:00 | **Group CF Interview Observation** 12:30 pm – 5:00 pm (4.5 hrs with 15 min break) 1:00 PM start ▮ *Tech for part of the time if needed | **Nexus and Protected Grounds incl PSG** 1:00 pm – 5:00 pm (4 hrs with 15 min break) ▮ *If time allows, discuss and complete documents from observed interview* | **Credibility including Eliciting Testimony and Checklist Practice** 1:00 pm – 5:00 pm (4 hrs with 15 min break) ▮ | **Credible Fear** 1:00 pm – 2:15 pm (1.25 hr) ▮ **Convention Against Torture** 2:30 pm – 4:00 pm (1.5 hrs.) ▮ **Eliciting Testimony in CF** 4:00 pm – 5:00 pm (1 hr) | **Latin America cont'd** 1:00 pm – 1:30 pm (.5 hr) **Exam Review** 1:30 pm – 2:00 pm (.5 hr) **India COI** 2:15 pm – 3:00 pm (.75 hr) **Conduct COI Research on Latin America, China and India** 3:00 pm – 3:45 pm (.75 hr) ▮ **Eliciting Testimony- India** 3:45 pm – 5:00 pm (1.25 hrs) |
| 5:00 | | | | | |
| | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

Updated:  6/13/2019          SCHEDULE SUBJECT TO CHANGE

# CREDIBLE FEAR FOR USBP TRAINING

| | (DAY 6) JUNE 17 | (DAY 7) JUNE 18 | (DAY 8) JUNE 19 | (DAY 9) JUNE 20 | (DAY 10) JUNE 21 |
|---|---|---|---|---|---|
| **8:00**<br><br><br><br><br><br><br><br><br><br><br>**12:00** | **Knowledge Check (Multiple Choice Exam)**<br>8:00 am- 9:00 am (1 hr)<br>████<br><br>**CF Checklist: Determinations 1 (Positive and Negative)**<br>9:15 am – 12:00 pm (2.75 hrs)<br>████<br><br><br><br>*Location change! Potomac Training Room 8th Floor (20 Mass DC)* | **Workflow, Local Procedures and Supervisory Review**<br>8:00 am – 9:00 am (I hr)<br>████<br><br>**Global Overview**<br>9:00 am – 10:15 am (1.25 hrs)<br><br>**Security Checks Lab**<br>10:30 am – 12:00 pm (1.5 hrs)<br>████<br><br>*Potomac Training Room 8th Floor (20 Mass DC)* | **ZAR Tech**<br>8:00 am – 9:00 am (1 hr.)<br><br>**Graded CF Practical**<br>9:15 am – 11:45 am (2.5 hrs)<br>████<br><br>**Mock Instructions**<br>11:45 am – 12:00 pm (.25 hr)<br>████<br><br>*Location Change! ZAR (Arlington, VA)* | **Guided Mocks**<br>8:00 am – 9:00 am<br><br>*Guided Mocks*<br><br>*Group A*<br>*8:00 - 8:30 am: File Review*<br>*8:40 - 10:25 am: Interview*<br>*10:35 -11:50 am: Write Up*<br><br>*Group B*<br>*8:00 - 9:55 am: Self Study/Admin Time*<br>*9:55 - 10:25 am: File Review*<br>*10:35 am - 12:20 pm: Interview*<br><br>*Group C*<br>*8:00 - 12:00 pm: Self Study/Admin Time*<br><br>*ZAR (Arlington, VA)* | **CF Interview Observations with Contemporaneous Notetaking**<br>8:00 am -12:00 pm (4 hrs w/ 15 min break)<br>████<br><br><br><br><br><br><br><br><br><br>*ZAR (Arlington, VA)* |
| | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| **1:00**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**5:00** | **Fraud Detection and National Security**<br>1:00 pm – 2:00 pm (1 hr)<br>████<br><br>**APSO Forms (I870)**<br>2:15 pm – 3:45 pm (1.5 hrs.)<br>████<br><br>**NTAs and Forms Wrap Up**<br>3:45 pm – 4:30 pm (.75 hrs)<br>████<br><br>**Exam Review**<br>4:30 pm – 5:00 pm (.5 hrs)<br>████ | **Dissolution and Rare Language Procedures**<br>1:00 pm – 2:00 pm (1 hr)<br>████<br><br>**Credible Fear Paired Mock Interview Exercise**<br>2:15 pm – 5:00 pm (2.75 hrs.)<br>████ | **CF Interview Observations with Contemporaneous Notetaking + Guided Paperwork\***<br><br>*(Reenactment with QA provided notes)*<br><br>1:00 pm - 5:00 pm (3.75 hrs with a 15 min break)<br>████<br><br>*\*Additional time for tech as needed* | *Group A*<br>*12:50 - 5:00 pm: Self Study/Admin time*<br><br>*Group B*<br>*1:30 - 2:45 pm: Write Up*<br>*2:45 - 5:00 pm: Self Study/Admin time*<br><br>*Group C*<br>*1:00 - 1:30 pm: File Review*<br>*1:40 - 3:25 pm: Interview*<br>*3:35 - 4:50 pm: Write Up*<br>*4:50 - 5:00 pm: Self Study/Admin time*<br><br>████ | **Write up and Paperwork**<br>1:00 pm - 3:30 pm (2.5 hrs)<br><br>**Feedback**<br>3:30 – 5:00 pm (1.5 hrs)<br>████<br><br>3:30 pm – 4:00 pm Group A<br>4:00 pm – 4:30 pm Group B<br>4:30 pm – 5:00 pm Group C |

Updated:  6/13/2019          **SCHEDULE SUBJECT TO CHANGE**

# CREDIBLE FEAR FOR USBP TRAINING

|  | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |
|---|---|---|---|---|---|
|  | **(DAY 11) JUNE 24** | **(DAY 12) JUNE 25** | **(DAY 13) JUNE26** | **(DAY 14) JUNE 27** | **(DAY 15) JUNE 28** |
| **8:00** | **Practice  Mocks**<br><br>*Group A*<br>*8:00 - 8:30 am: File Review*<br>*8:40 - 10:25 am: Interview*<br>*10:35 -11:50 am: Write Up*<br><br>*Group B*<br>*8:00 - 9:55 am: Self Study/Admin time*<br>*9:55 - 10:25 am: File Review*<br>*10:35 am - 12:20 pm: Interview*<br><br>*Group C*<br>*8:00 -  12:00 pm: Self Study/Admin time*<br><br>**ZAR (Arlington, VA)** | **Officers in Group B conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group A interview prep and self-study**<br><br>**ZAR (Arlington, VA)** | **Officers in Group B conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group A interview prep and self-study**<br><br>**ZAR (Arlington, VA)** | **Officers in Group B conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (graded)**<br><br>**Officers in Group A interview prep and self-study**<br><br>**ZAR (Arlington, VA)** | **Finish Up Paperwork Feedback** |
|  | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| **5:00** | *Group A*<br>*12:50 - 5:00 pm: Self Study/Admin time*<br><br>*Group B*<br>*1:30 - 2:45 pm: Write Up*<br>*2:45 - 5:00 pm: Self Study/Admin Time*<br><br>*Group C*<br>*1:00 - 1:30 pm: File Review*<br>*1:40 - 3:25 pm: Interview*<br>*3:35 - 4:50 pm: Write Up*<br>*4:50 - 5:00 pm: Self Study/Admin Time* | **Officers in Group A conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group B interview prep and self-study** | **Officers in Group A conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group B interview prep and self-study** | **Officers in Group A conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (graded)**<br><br>**Officers in Group B interview prep and self-study** | **Finish Up Paperwork Feedback** |
|  | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** |

# EXHIBIT 7

# DISTANCE TRAINING COMPONENT WORKBOOK

## Last Updated: July 2019

# Table of Contents

**1. Introduction** ........................................................................................................ 3

   A. Welcome ........................................................................................................3

   B. Contact Information ........................................................................................3

   C. Purpose of DT .................................................................................................4

   D. Content and Structure of the DT...............................................................4-5

   E. Relationship between DT and the Face-to-Face Training .........................5-6

   F. Lesson Plans ....................................................................................................6

   G. Webinars .........................................................................................................6

   H. Evaluation/Exams ...........................................................................................6

**2. How to Use this Workbook** ................................................................... 7

**3. Syllabus and Attestation Form Instructions** ................................... 8

**4. Content** ............................................................................................. 9-19

# 1. Introduction

**A. Welcome** to the first component of the Distance Training component. Although you will be in your home office during the Distance Training (DT), you will not be performing your routine office duties during this time. Each office is required to allocate a certain amount of time for new officers to complete the DT—approximately 80 hours are required. The DT is designed to give you time to read and process selected training materials. This will help prepare you for attending the second component of the training, the Face-to-Face component (F2F). You will have an opportunity to raise questions during the F2F component, where the topics may be addressed again.

**B. Contact Information**

Asylum Division:        Asylum Division Training Coordinators
                        ███████████████████████ @uscis.dhs.gov

## C. Purpose of DT

The main reasons that DT has been developed are to:

- **Give you time to read materials before attending the Face-to-Face training**
  The training materials are very lengthy, and reading them is time-consuming. To fully understand the topics addressed at the training, officers must read the training materials prior to attending class. There is no class time allotted for reading materials during the Face-to Face training; if class time were given, it would make the Face-to-Face residential training much longer than it currently is. DT allows you the time needed – during work hours at your home office, rather than away from home at the Face-to-Face training – to do that reading.

- **Ensure that you begin the Face-to-Face training with a basic foundation of the subject matter**
  Officers have varying levels of knowledge of the topics that are covered in class. Some of you have been involved in immigration work for many years, others have not. Because of this, instructors must teach classes with students of varying levels of knowledge, which is difficult for both the instructors and the students. The DT component prior to the Face-to-Face classroom component attempts to reduce this knowledge gap so that all of you will have a basic foundation in/understanding of the course topics prior to the start of the Face-to-Face component. If you are already familiar with the course content, and able to complete the reading and assignments for a topic quickly, utilize any additional allotted time to expand your knowledge and to help others: complete the additional activities in this workbook, read the Additional Resources in the lesson plans, and help your colleagues in your office who are new to this work. For more information about how to use your time during the DT, see section 2 – How to Use this Workbook, item 9.

- **Better utilize the Face-to-Face time for exercises and practical application of the concepts in the materials**
  When all students have read the materials in advance and have a basic understanding of the course topics, instructors do not need to go over the content in great detail during class. Instead, a summary of the content can be provided and the majority of class time can be spent on discussion and practical application of the information and concepts in the training materials.

## D. Content and Structure of the DT

### What You Will Need:
The information and materials, including links to other materials that you will need for DT, are in this Workbook.

In addition to completing the reading assignments, you will listen to recorded Webinars with

instructors, read supplemental training materials, and complete exercises that you will email to the Asylum Division Training Coordinators, ██████████████████ @uscis.dhs.gov.

**Time Management:**
The current DT model was designed to be a flexible and self-directed program of study.

Because you are in your home office during the Distance Training (DT) rather than at a "Face-to-Face" classroom training, you will need to make a clear distinction between your office work and the time you spend on this training. **For this reason, you must use all of the allotted time to complete each respective topic** (i.e. – you cannot finish individual topics or the training early)—just as if you were at a Face-to-Face training. For those of you who may finish a topic and have extra time, there are additional assignments for you to complete in the Workbook. Additional information on how to use your time can be found below in section 2 – How to Use this Workbook.

**We also recommend that you do not spend** *more* **than the allotted amount of time on any individual topic**, and that you adhere to your proposed schedule as closely as possible. The Lesson Plans are intended to serve the dual purpose of both training and guidance documents, which you will be able to access throughout your training and beyond.

The time allocated for each topic includes time to read the materials, and complete the exercises. Anticipating that there will be participants with a range of backgrounds, we have kept the times for required reading and exercises at a level that should allow all participants to complete the assignments.

## E. Relationship between DT and the Face-to-Face Training

The topics covered at DT will be reinforced during the Face-to-Face component that follows DT. Because you will have read the materials and completed exercises, you are expected to come to class with at least a basic knowledge of the topics and be prepared to actively participate in the discussions and exercises.

Instructors will approach the Face-to-Face classes with this in mind. The instructors will not simply lecture in class on the information in the lesson plans. Rather, instructors will help you apply the information and concepts in the lesson plans through practical exercises, case studies, discussions with subject matter experts, and problem-solving activities.

It is important that you complete the required DT reading and assignments because:

- The assignments will form the basis of Face-to-Face classroom activities.

- You will be expected to know and apply the material during the practical exercises and interviews.

- The information for the exams given will be taken from the lesson plans and will

test both your knowledge of the content of the lesson plans and your ability to apply that knowledge.

## F. Lesson Plans

The RAIO Lesson Plans consist of:

- The main body of the Lesson Plan
- Other materials (e.g., glossaries, lists of cases)
- Division-specific Supplements (information specific to the divisions)

DT consists of a list of assigned topics. You are required to read the body of the Lesson Plans for each of these topics as well as the **supplement for the Asylum Division**, which is delineated in yellow. Reading the RAD and IO Supplements **is not** required. Supplements are located after the Lesson Plan and are color-coded by division:



## G. Webinars

All webinars are pre-recorded so that participants have the flexibility to access them on their self-directed DT schedule. We use Webex for all webinars.

## H.  Evaluation/Exams

Note the following about the exams:

- No exams during the Distance Training

- At least one graded Multiple Choice Exam during the Face-to-Face training

- Exam topics include Lesson Plans covered during both the Distance Training and the face to face training (e.g., includes Case Law and Sources of Authority, which are addressed during the DT, but not during the Face-to-Face training)

- All questions relate to the objectives listed in the beginning of each Lesson Plan.

## 2. How to Use this Workbook

**For each topic:**

1. <u>**Plan your DT schedule.**</u>

2. <u>**Read the body of the Lesson Plans and the Supplements for the Asylum Division**</u>.

3. <u>**Complete any corresponding assignment(s) (e.g., exercises)**</u> located in this Workbook in section 5 – Content.

   *Exercises*: Some Lesson Plans contain practical exercises; do NOT complete them. You need to refer only to this Workbook to know which exercises to complete.

4. <u>**Write down any questions you have about the content of the course.**</u> You can send them to ███████████████████ @uscis.dhs.gov, or else ask them at the Face-to- Face residential component of the training.

5. <u>**Be prepared to ask your questions and discuss your responses**</u> to the exercises at the Face-to-Face component of the training.

6. <u>**Use your time wisely.**</u> The schedule lists the topics you should cover and the required amount of time to spend on each topic. How you use your work time to complete the listed assignments is at your discretion

   However you structure your time, **all assignments must be completed and the Completion Attestation must be submitted to Asylum Training as instructed in section 3, below, by the due date established for your training class**.

# 3. Syllabus and Attestation Form Instructions

The syllabus provided separately provides a list of modules you are required to complete for the Distance Training component. By signing and submitting these forms, you are certifying that you have completed the Distance Training in accordance with this Workbook.

Please follow the instructions below to complete the Distance Training Syllabus and Attestation Forms.

1. Complete each topic and its corresponding assignments using the allotted time for that topic; we suggest that you complete each topic in the order listed, although you may complete them in a different order.

2. When you have completed a topic, initial and date (using MM/DD/YY format) the corresponding box to indicate that you have completed the work required for that topic.

3. Once you have completed all of Distance Training, you and the coordinating management from your office must sign and date the Completion Attestation form and verify your completion of all topics.

4. If you were unable to complete any topic, leave the corresponding box blank, and attach an explanation of why the topic was not completed.

5. Print, scan and email a copy of **all pages** of the Distance Training Syllabus and Completion Attestation to your Asylum and CBP POCs and the Asylum Training Coordinator mailbox (asylumtraining-coordinators@uscis.dhs.gov)using the contact information provided in section 1, part B, above. **Title your email and attachment as follows:**
   *Last Name, First Name_ Completion Attestation*

# 4. Content

1. Please read all of the Lesson Plans and Asylum Supplements, as outlined in the Distance Training Attestation.

2. There are certain lessons that have corresponding exercises or webinars, which can be found below:

   a. Reading and Using Case Law
   b. Interviewing – Introduction to the Non-Adversarial Interview
   c. Nexus and Protected Grounds (minus PSG)
   d. Interviewing – Eliciting Testimony
   e. Mass Atrocities and Genocide Awareness
   f. Researching and Using Country of Origin Information (COI) in RAIO Adjudications
   g. Past Persecution – Rebuttable Presumption
   h. Asylum Process and Procedures
   i. India COI, Eliciting Testimony & Fraud

---

### Reading and Using Case Law

---

Have you finished reading the lesson plan?

*If yes, your task now is to:*

**Complete this Exercise**

Read the attached case, *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).

Summarize the facts, the sources of authority, the decision, and the reasoning behind the decision in *Matter of Mogharrabi* by completing the attached exercise form.

- *Fill out the form and save your document.*

**If you finish this assignment early**, use your extra time to read *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985) – a seminal case in asylum law. (**Note:** this is not a required activity.)

---

### Interviewing – Introduction to the Non-Adversarial Interview

---

Have you finished reading the lesson plan?

*If yes, your tasks now are to:*

## **Complete these exercises**

**Exercise #1**
Write a short phrase to describe two meanings of the term "non-adversarial."

**Exercise #2**
Write out the introduction to your interview. The introduction should address all of the components listed in the lesson plan the Asylum Division supplement.

## Nexus and the Protected Grounds (minus PSG)

Have you finished reading the lesson plan?

## Complete these exercises

### Exercise #1
Read this article from August 6, 2012 about the Sikh Temple Shooting in Wisconsin. You should also conduct online research to read other articles about this crime. Based on the evidence, what do you think was the motive for the attack, if any, and why? Please write at least one paragraph analyzing whether the evidence indicates this attack was on account of any protected characteristic(s). You must provide facts from the source to support your answer. Please cite any sources you use.

### Exercise #2 (Note: This exercise is optional, please complete if you have time)
Read this article about the Aurora Shooting in July 2012. Based on the evidence, what do you think was the motive for the attack, if any, and why? You must provide facts from the source to support your answer. (Note: You may also feel free to use facts from any other articles you have read about this crime to support your answer.)

## Interviewing – Eliciting Testimony

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

### Exercise #1
Label each of the following 10 questions as one of the following question types: open-ended (O); closed-ended (C); multiple choice (M); or leading (L).

— "How were you threatened?"
— "How many times did they threaten you?"
— "Why did they threaten you?"
— "What makes you think that was the motive for the threat?"
— "Did they actually say anything about your religion when making the threat?"
— "And on that occasion, did they threaten you in person, by letter, by phone or some other way?"
— "Are you Christian?"
— "Did you leave your house after the first threat or after the second threat?"
— "Is your religion written on any of your documents?"
— "You said earlier that you were threatened 2 times, correct?"

### Exercise #2
Think back to an interview or conversation you have had that was adversarial. What effect did that have on the parties involved? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #3
Think back to an interview or conversation you have had that was difficult, but remained non-adversarial. What helped it remain non-adversarial? What was the outcome? Write a short paragraph in response to these questions.

### Exercise #4
Think of broadcasters, journalists, or other professionals you know from the media, law enforcement, or other professions. Who is an example of an adversarial interviewer, and why? Who is an example of an effective non-adversarial interviewer, and why? Jot down notes regarding your two examples.

---

### **Mass Atrocities and Genocide Awareness**

---

Read the Presidential Study Directive on Mass Atrocities (PSD-10), released August 4, 2011(click here).

> It is important for all officers to become aware of the history and content of PSD-10, which calls for the creation of an Interagency Atrocities Prevention Board and Corresponding Interagency Review.

> DHS is in the process of publishing a lesson plan that will provide a general overview on mass atrocities and genocide awareness for DHS personnel, focusing primarily on the requirements of PSD-10. Additional training will be provided on procedures as they are developed to implement those requirements.

Read this report from NPR's *Morning Edition* about the work of the Human Rights Violators and War Crimes Unit at Immigration and Customs Enforcement (ICE).

**If you finish this assignment early**, use your time to read *Matter of Vides Casanova*, 26 I&N Dec. 494 (BIA 2015), the recent BIA case referenced in the NPR report.

---

### Researching and Using Country of Origin Information (COI) in RAIO Adjudications

---

Have you finished reading the lesson plan?

*If yes, your task is now to:* **Complete these exercises**

### Country Conditions Information Research Exercises

## TRAINING OBJECTIVES:

(1) Students will become familiar with new sources of country conditions information and Research Unit resources for accessing country conditions information.

(2) Students will practice citing country conditions information that supports factual determinations that they make in the course of adjudicating claims and explaining the relevance of the source cited.

*Complete the exercises as instructed on a separate Word document and save your document.*

Complete the following exercises using the most relevant sources you can find. For each exercise, one or more factual issues will be identified. For each of those issues, cite a few sources that help you address the specific issues identified. Explain how the sources you cited, including specific quotations if possible, are relevant to the issue raised and, if applicable, what further information you would like to have in order to adequately adjudicate the issue.

Note: *Use the answer in the EXAMPLE EXERCISE below as a model.*

**EXAMPLE EXERCISE:** A 15-year old female asylum applicant from Mali expressed a fear that she would be subjected to female genital cutting against her will if she were returned to her country.

**Issue:** What is the likelihood that a 15-year-old Malian girl would be subjected to female genital cutting (FGC) in her country of origin?

**Answer**: The Department of State's Country Reports on Human Rights Practices for 2014 says the following about FGC in Mali (emphasis added):

Female Genital Mutilation/Cutting (FGM/C): FGM/C is legal in the country and, **except in certain northern areas**, was practiced widely across all religious and ethnic groups, **particularly in rural areas**. While the government took steps to raise awareness about the harmful health effects of FGM/C and successfully lowered the percentage of girls excised in at

least one region of the country, the government has not criminalized FGM/C, although FGM/C was prohibited in government-funded health centers. **FGM/C generally was performed on girls between the ages of six months and nine years.** The most common types of FGM/C were Type I and Type II. **The 2014 UNHCR report on FGM/C indicated 85 percent of girls and women ages 15 to 49 were excised, and 74 percent of girls and women in the same age group had a daughter who was excised.** Government information campaigns regarding the dangers of FGM/C reached citizens throughout the country, and human rights organizations reported decreased incidence of FGM/C among children of educated parents.

DOS considers there to be reliable evidence that the vast majority of Malian girls are subjected to FGC, which tends to support the applicant's claim to have a well-founded fear. However, the applicant is quite a bit older than the usual age at which FGC is performed in Mali. Is she from an urban area or from northern Mali, where DOS indicates that FGC is less common?

## EXERCISE ONE

A 45-year old male asylum-seeker from Algeria states that he self-identifies as Muslim, but belongs to a particular sect called the Ahmadis.   He claims that the government is preventing him from practicing his religion in Algeria, despite Algeria's Muslim majority demography.

**Issue One:** What does country conditions information indicate about the status of Ahmadis in Algeria today? How is the government of Algeria treating Ahmadi's today?

**Issue Two:** He also claims that Algerian citizens who belong to other sects of Islam in Algeria are persecuting him for his religious beliefs. What is the country conditions information regarding sectarian violence in Algeria today? And how are Ahmadis being treated in Algerian society?

## EXERCISE TWO

A 32-year-old female asylum-seeker from Turkey claims to fear return to her country because of her following of the teachings of the preacher Fethullah Gülen. Before leaving Turkey, she was a high school teacher at a private school associated with Hizmet.   Now that she is in America, she works for a Turkish cultural association called Raindrop Houses. She claims that the government of Turkey will persecute her and imprison her if she returns to Turkey.

**Issue One:** What does country conditions information indicate about how the followers of the teaching of Fethullah Gulen are being treated today by the Turkish government?

**Issue Two:** What is the country conditions information regarding private schools associated

with the Gülen movement in Turkey today?

## EXERCISE THREE

A 24-year-old asylum applicant from Saudi Arabia self identifies as a member of the LGBTI community. The applicant came to America to study at a university, but claims that members of their family have learned about their sexual orientation since they entered America. The applicant claims that they fear harm by both their family and the government.

**Issue One**: Identify two different sources of information pertaining to the treatment of LBGTI individuals in Saudi Arabia. What does country conditions information indicate about how LGBTI individuals are treated by both family members and the government in Saudi Arabia?

**PART 3:** Take stock of the country conditions sources that you have used in these exercises. Bookmark any that you may wish to refer to in the future. In addition, bookmark the following useful sites so that you can easily refer to them for future research: UNHCR Refworld; Open Source Center; and PiX (register for an account now so that you will have access during the Face-to-Face portion of training); Jane's Terrorism and Insurgency Centre (accessed through DHS Libraries' online journal collection).

---

**Past Persecution –
Rebuttable Presumption**

---

Have you finished viewing the <u>webinar</u>? (███████████

---

**Asylum Process and
Procedures**

---

Have you finished reading the lesson plan and viewing the <u>webinar</u>? ████████████

---

**India COI, Eliciting
Testimony & Fraud**

---

Have you finished viewing the <u>webinar</u>? ████████████

**Congratulations!**

**You have finished the Distance Training component.**

**Thank you for your participation.**

CF for USBP Distance Training Syllabus and Completion Attestation –
Instructions for Students

_____

**Introduction**

The CF training for USBP Officers includes a 2-week reading component that must be completed prior to the Face-to-Face Classroom component. This document contains information you will need to complete the reading.

**Procedures for Completing the ADOTP Distance Training**

The syllabus for the CF for USBP Distance Training is on the following pages. Please follow these instructions to complete the DT:

- Complete each unit and any corresponding assignments within the proscribed timeframes. The units are not currently listed in any preferred order.

- When you have completed a unit, initial and date the corresponding box.

- Once you have completed all of the Distance Training units, you and a Manager from your office must sign and date the Completion Attestation form to verify proper completion of all units.

- Scan and email a copy of all pages of the CF for USBP Distance Training Syllabus and Completion Attestation to ███████████████████ @uscis.dhs.gov. **Title your email and attachment as follows:** *Last Name, First Name - CF for USBP DT – Completion Attestation.* **Please CC your CBP and Asylum POCs.**

- The CF for USBP Distance Training schedule totals approximately 80 hours (around 10 business days, depending upon work schedules). *To be used in conjunction with the CF for USBP Distance Training Component Workbook.*

| Topic | Time Allocated | Initial & Date Upon Completion (MM/DD/YY) |
|---|---|---|
| Sources of Authority: *reading* | *1.25 hours* | |
| Reading and Using Case Law: *reading* + *exercise* | *2.75 hours* | |
| International Human Rights Law: *reading* | *1.5 hours* | |
| UNHCR Overview: *reading* | *1.5 hours* | |
| Refugee Definition: *reading* | *2 hours* | |
| Persecution: *reading* | *2.25 hours* | |
| Refugee Definition; Persecution: *Webinar* ▇▇▇ ▇▇▇▇▇▇ + *exercise* | *1.5 hours* | |
| Interviewing – Intro to the Non- Adversarial Interview: *reading* + *exercises* | *2.5 hours* | |
| Nexus and the Protected Grounds (minus PSG): *reading* + *exercises* | *3.5 hours* | |
| Nexus – PSG: *reading* | *4 hours* | |
| Well-Founded Fear: *reading* | *2.5 hours* | |
| Interviewing – Survivors of Torture: *reading* | *1 hour* | |
| Interviewing – Note Taking: *reading* | *1 hour* | |

| | | |
|---|---|---|
| Interviewing – Eliciting Testimony: *reading* + *exercises* | *2 hours* | |
| Interviewing – Working with an Interpreter: *reading* | *2 hours* | |
| Detecting Possible Victims of Trafficking: *reading* | *1.5 hours* | |
| Cross-Cultural Communication: *reading* | *.75 hours* | |
| Evidence: *reading* | *2 hours* | |
| Fraud and FDNS Overview: *reading* | *2.5 hours* | |
| International Religious Freedom Act (IRFA): *reading* | *2 hours* | |
| Persecutor Bar: *reading* | *2 hours* | |
| Mass Atrocities and Genocide Awareness: *reading* | *.5 hours* | |
| LGBTI Claims: *reading* | *2 hours* | |
| Gender-Related Claims: *reading* | *1.75 hours* | |
| Children's Claims: *reading* | *3.5 hours* | |
| National Security, Part 1: *reading* | *1.25 hours* | |
| National Security, Part 2 (TRIG): *reading* | *3.25 hours* | |

| | | |
|---|---|---|
| Researching and Using Country of Origin Information (COI) in RAIO Adjudications: *reading* + *exercises* | *1.5 hours* | |
| Firm Resettlement: *reading* | *1.25 hours* | |
| Discretion: *reading* | *.5 hours* | |
| Decision-Making: *reading* + *exercise* | *1.5 hours* | |
| Office of Security & Integrity (OSI) and Significant Incident Reporting: *webinar* (**PW:** ███████) | *1 hour* | |
| Past Persecution - Rebuttable Presumption: Presentation (**PW:** ███████) | *2 hours* | |
| LP Asylum Process and Procedures: *reading* | *.75 hour* | |
| Asylum Process and Procedures Manual and Introduction to the AAPM Wiki: Presentation (**PW:** ███████) | *1.5 hours* | |
| LP Mandatory Bars Overview and Criminal Bars: *reading* | *1.25 hours* | |
| LP Credibility – ASYLUM SUPPLEMENT: *reading* | *1 hour* | |
| LP Credible Fear: *reading* | *1.25 hours* | |
| LP ABC/NACARA: *reading*<br>• Pages 2-16 | *.5 hours* | |
| LP – Reasonable Fear: *reading*<br>• Pages 20-40 "Convention Against Torture"<br>• Pages 45-47 "Eliciting Information" | *.75 hours* | |
| India COI, Eliciting Testimony, and Fraud Webinar (**PW:** ██████) | *3 hours* | |

**COMPLETION ATTESTATION**

I hereby attest by my signature below that all of the CF for CBP Distance Training units, initialed and dated in the preceding pages, have been duly completed by me according to the requirements of the CF for CBP Distance Training guidelines.

_____

Printed Name of Training Participant

_____          _____

Signature of Training Participant                                     Date

I hereby attest by my signature below that the above-named officer has been allotted the required time for completion of all of the CF for CBP Distance Training lesson units and hereby verify that the officer has completed all such required lesson units according to the requirements of the CF for CBP Distance Training guidelines.

_____

Training Officer or Local Office Management – Printed Name and Title

_____          _____

Training Officer or Local Office Management – Signature                    Date

# CREDIBLE FEAR FOR USBP TRAINING

| 7:00 * | (DAY 1) JULY 8 | (DAY 2) JULY 9 | (DAY 3) JULY 10 | (DAY 4) JULY 11 | (DAY 5) JULY 12 |
|---|---|---|---|---|---|
| 8:00 | **Welcome and Overview** 8:00 am – 8:30 am (.5hr.) ██████████ **Tech** 8:30 am – 9:30 am (1 hr) ██████████ **Non-Adversarial Interviews, Note-Taking & Confidentiality** 9:45 am – 11:30 pm (1.75 hrs.) <mark>Lunch 11:30 AM-12:30 PM</mark> *RAIO Training Room (3rd floor 20 Mass DC)* | **RAIO Travel** 8:00 am - 8:20 am **Evidence** 8:20 am – 9:15 am (55 mins) ██████████ **Refugee Definition & Persecution** 9:30 am – 12:00 pm (2.5 hrs) *Discuss and complete documents from observed interview* *RAIO Training Room (3rd floor 20 Mass DC)* | **Well-Founded Fear** 8:00 am – 10:45 am (2.75 hrs.) **IRFA** 11:00 – 12:00 (1 hr.) ██████████ *RAIO Training Room (3rd floor 20 Mass DC)* | **Working with Interpreters and Consultants** 8:00 am – 9:00 am (1 hr) ██████████ **Introductions** 9:00 am – 9:30 am (.5 hr) ██████████ **Overview of Mandatory Bars & TRIG** 9:30 am – 10:45 am (1.25) *Adverse Memo Practice* **APSO Security Checks** 11:00 am – 12:00 pm (1 hr.) ██████████ *RAIO Training Room (3rd floor 20 Mass DC)* | **Country of Origin Information in CF – Latin America** 8:00 am – 12:00 pm (4 hrs with 15 min break) ██████████ *RAIO Training Room (3rd floor 20 Mass DC)* |
| 12:00 | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 1:00 | **Group CF Interview Observation** 12:30 pm – 5:00 pm (4.5 hrs with 15 min break) 1:00 PM start ██████████ *Tech for part of the time if needed | **Nexus and Protected Grounds incl PSG** 1:00 pm – 5:00 pm (4 hrs with 15 min break) ██████████ *If time allows, discuss and complete documents from observed interview* | **Credibility including Eliciting Testimony and Checklist Practice** 1:00 pm – 5:00 pm (4 hrs. with 15 min break) ██████████ | **Credible Fear** 1:00 pm – 2:15 pm (1.25 hrs.) ██████████ **Convention Against Torture** 2:30 pm – 4:00 pm (1.5 hrs.) ██████████ **Eliciting Testimony in CF** 4:00 pm – 5:00 pm (1 hr) ██████████ | **Latin America cont'd** 1:00 pm – 1:30 pm (.5 hr) **Exam Review** 1:30 pm – 2:00 pm (.5 hr) **China and India COI** 2:15 pm – 3:45pm (1.5 hr) ██████████ **Conduct COI Research on Latin America, China and India** 4:00 pm – 5:00 pm (1 hr) ██████████ |
| 5:00 | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

Updated:  7/25/2019          **SCHEDULE SUBJECT TO CHANGE**

# CREDIBLE FEAR FOR USBP TRAINING

| | (DAY 6) JULY 15 | (DAY 7) JULY 16 | (DAY 8) JULY 17 | (DAY 9) JULY 18 | (DAY 10) JULY 19 |
|---|---|---|---|---|---|
| **8:00** | **Knowledge Check (Multiple Choice Exam)** 8:00 am- 9:00 am (1 hr) *Classroom Coordinator* **CF Checklist: Determinations 1 (Positive and Negative)** 9:15 am – 11:45 am (2.5 hrs) ███████████ | **ZAR Tech** 7:30 am – 9:00 am (1.5 hrs.) ███████ **Workflow, Local Procedures and Supervisory Review** 9:15 am – 11:15 am (2 hrs.) ████████████████ **Exam Review** 11:30 am – 12:00 pm (.5 hrs) *Classroom Coordinator* | **CF Interview Observations with Contemporaneous Notetaking + Guided Paperwork*** *(Reenactment with QA provided notes)* 8:00 am - 12:00 pm (3.75 hrs with a 15 min break) ████████████and *Classroom Coordinator* *Additional time for tech as needed* | **CF Interview Observations with Contemporaneous Notetaking** 7:30 am -10:30 am (3 hours with 15 minute break) **Write up and Paperwork** 10:30 am -12:00 pm (1.5 hours) █████████████ | **Guided Mocks** *Group A* 7:30 am – 10:15 am Interview 10:30 am -12:00 pm Write Up 12:00 – 12:45 pm Self Study *Group B* 7:30 – 8:30 – Global Overview 8:45 – 9:45 – FDNS 10:00 am – 12:45 pm Interview ██████████ |
| **12:00** | *RAIO Training Room (3rd floor 20 Mass DC)* | *Location Change! ZAR (Arlington, VA)* | *ZAR (Arlington, VA)* | *ZAR (Arlington, VA)* | *ZAR (Arlington, VA)* |
| | LUNCH  11:45 – 12:45 | LUNCH | LUNCH | LUNCH | LUNCH 12:45 -1:45 |
| **1:00** | **APSO Forms (I870 & NTA)** 12:45 pm – 2:15 pm (1.5 hrs.) ████████ **Fraud Detection and National Security** 2:30 pm – 3:30 pm (1 hr) ██████████ **Global Overview** 3:45 pm – 5:00 pm (1.25 hrs) ███████ | **CF Interview Observation** 1:00 pm – 3:30 pm (2.5 hrs, includes 15 minute break) **Security Checks Lab** 3:30 pm – 5:00 pm (1.5 hrs) ████████████ | **Graded CF Practical** 1:00 pm – 3:30 pm (2.5 hrs) *Classroom Coordinator* **Dissolution and Rare Language Procedures** 3:45 pm – 5:00pm (1.25 hrs) ████████████ | **Complete and Submit Write up and Paperwork** 1:00 am -1:30 pm (.5 hours) **Form Filler** 1:30 pm – 2:30 pm (1 hr) ██████████ **Feedback/Self-Study** 2:45 pm – 4:00 pm (1 hr with 15 minute break) **Mock Instructions** 4:15 pm – 4:30 pm (.25 hr) *Mock Coordinator* ███████████ | 1:45 – 2:15 pm Self Study 2:30 – 3:00 pm Feedback 3:00 – 4:30 pm Latin America COI Exercise *Group B* 1:45 – 3:15 pm Write up 3:15 – 3:45 pm Self Study 4:00 – 4:30 pm Feedback ██████████ |
| **5:00** | | | | | |
| | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

# CREDIBLE FEAR FOR USBP TRAINING

| | **(DAY 11) JULY 22** | **(DAY 12) JULY 23** | **(DAY 13) JULY 24** | **(DAY 14) JULY 25** | **(DAY 15) JULY 26** |
|---|---|---|---|---|---|
| 7:30 | **Officers in Group A conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group B observe one CF interview, complete paperwork, and submit for feedback (not graded)**<br><br>████<br><br>*ZAR (Arlington, VA)* | **Officers in Group B conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (not graded)**<br><br>**Officers in Group A observe one CF interview, complete paperwork, and submit for feedback (not graded)**<br><br>████<br><br>*ZAR (Arlington, VA)* | **Officers in Group A conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (graded)**<br><br>**Officers in Group B observe one CF interview, complete paperwork, and submit for feedback (not graded)**<br><br>████<br><br>*ZAR (Arlington, VA)* | **Officers in Group B conduct one CF interview (observed) complete paperwork and submit for evaluation and feedback (graded)**<br><br>**Officers in Group A observe one CF interview, complete paperwork, and submit for feedback (not graded)**<br><br>████<br><br>*ZAR (Arlington, VA)* | **Group A Feedback Session/Group B Feedback**<br>8:00 am – 9:00 am<br><br>**Group B Feedback Session/Group A Feedback**<br>9:15 am – 10:15 am<br><br>MPP<br>10:30 am – 12:00 pm<br><br>████ |
| | **LUNCH** | **LUNCH** | LUNCH | LUNCH | LUNCH |
| 4:30 | Continue from morning<br><br>Feedback when evaluators available | Continue from morning<br><br>Feedback when evaluators available | Continue from morning<br><br>Feedback when evaluators available | Continue from morning<br><br>Feedback when evaluators available | **FRCs**<br>1:00 pm - 2:15 pm<br>████<br><br>**Form Filler and Vouchers**<br>2:30 pm – 3:30 pm<br>████<br><br>**Certificates and Wrap-Up**<br>3:30 pm - 5:00 pm |
| | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** |

Updated:  7/25/2019                SCHEDULE SUBJECT TO CHANGE

# EXHIBIT 8

# DISTANCE TRAINING COMPONENT WORKBOOK

## Last Updated: November 2019

# Table of Contents

1. **Introduction** ................................................................................................. 3

    A. Welcome ................................................................................................ 3

    B. Contact Information ............................................................................... 3

    C. Purpose of DT ....................................................................................... 4

    D. Content and Structure of the DT ...................................................... 4-5

    E. Relationship between DT and the Face-to-Face Training ............... 5-6

    F. Lesson Plans .......................................................................................... 6

    G. Webinars ................................................................................................ 6

    H. Evaluation/Exams ................................................................................. 6

2. **How to Use this Workbook** ...................................................................... 7

3. **Syllabus and Attestation Form Instructions** ......................................... 8

4. **Content** .................................................................................................. 9-18

# 1. Introduction

**A.** Welcome to the first component of Distance Training. Although you will be in your home office during the Distance Training (DT), you will not be performing your routine office duties during this time. Each office is required to allocate a certain amount of time for new officers to complete the DT – approximately 80 hours are required. The DT is designed to give you time to read and process selected training materials. This will help prepare you for attending the second component of the training, the Face-to-Face component (F2F). You will have an opportunity to raise questions during the F2F component, where the topics may be addressed again.

**B. Contact Information**

Asylum Division:              Asylum Division Training Coordinators
                                      ████████████████████@uscis.dhs.gov

## C. Purpose of DT

The main reasons that DT has been developed are to:

- **Give you time to read materials before attending the Face-to-Face training**
  The training materials are very lengthy, and reading them is time-consuming. To fully understand the topics addressed at the training, officers must read the training materials prior to attending class. There is no class time allotted for reading materials during the Face-to Face training; if class time were given, it would make the Face-to-Face residential training much longer than it currently is. DT allows you the time needed – during work hours at your home office, rather than away from home at the Face-to-Face training – to do that reading.

- **Ensure that you begin the Face-to-Face training with a basic foundation of the subject matter**
  Officers have varying levels of knowledge of the topics that are covered in class. Some of you have been involved in immigration work for many years, others have not. Because of this, instructors must teach classes with students of varying levels of knowledge, which is difficult for both the instructors and the students. The DT component prior to the Face-to-Face classroom component attempts to reduce this knowledge gap so that all of you will have a basic foundation in/understanding of the course topics prior to the start of the Face-to-Face component. If you are already familiar with the course content, and able to complete the reading and assignments for a topic quickly, utilize any additional allotted time to expand your knowledge and to help others: complete the additional activities in this workbook, read the Additional Resources in the lesson plans, and help your colleagues in your office who are new to this work. For more information about how to use your time during the DT, see section 2 – How to Use this Workbook, item 9.

- **Better utilize the Face-to-Face time for exercises and practical application of the concepts in the materials**
  When all students have read the materials in advance and have a basic understanding of the course topics, instructors do not need to go over the content in great detail during class. Instead, a summary of the content can be provided and the majority of class time can be spent on discussion and practical application of the information and concepts in the training materials.

## D. Content and Structure of the DT

### <u>What You Will Need:</u>

The information and materials, including links to other materials that you will need for DT, are in this Workbook.

In addition to completing the reading assignments, you will listen to recorded Webinars with

instructors, read supplemental training materials, and complete exercises that you will email to the Asylum Division Training Coordinators, ██████████████@uscis.dhs.gov.

## Time Management:
The current DT model was designed to be a flexible and self-directed program of study.

Because you are in your home office during the Distance Training (DT) rather than at a Face-to-Face classroom training, you will need to make a clear distinction between your office work and the time you spend on this training. **For this reason, you must use all of the allotted time to complete each respective topic** (i.e. – you cannot finish individual topics or the training early)—just as if you were at a Face-to-Face training. For those of you who may finish a topic and have extra time, there are additional assignments for you to complete in the Workbook. Additional information on how to use your time can be found below in section 2 – How to Use this Workbook.

**We also recommend that you do not spend _more_ than the allotted amount of time on any individual topic**, and that you adhere to your proposed schedule as closely as possible. The Lesson Plans are intended to serve the dual purpose of both training and guidance documents, which you will be able to access throughout your training and beyond.

The time allocated for each topic includes time to read the materials, and complete the exercises. Anticipating that there will be participants with a range of backgrounds, we have kept the times for required reading and exercises at a level that should allow all participants to complete the assignments.

## E. Relationship between DT and the Face-to-Face Training

The topics covered at DT will be reinforced during the Face-to-Face component that follows DT. Because you will have read the materials and completed exercises, you are expected to come to class with at least a basic knowledge of the topics and be prepared to actively participate in the discussions and exercises.

Instructors will approach the Face-to-Face classes with this in mind. The instructors will not simply lecture in class on the information in the lesson plans. Rather, instructors will help you apply the information and concepts in the lesson plans through practical exercises, case studies, discussions with subject matter experts, and problem-solving activities.

It is important that you complete the required DT reading and assignments because:

- The assignments will form the basis of Face-to-Face classroom activities.

- You will be expected to know and apply the material during the practical exercises and interviews.

- The information for the exams given will be taken from the lesson plans and will test both your knowledge of the content of the lesson plans and your ability to apply that knowledge.

## F.  Lesson Plans

The RAIO Lesson Plans consist of:

- The main body of the Lesson Plan
- Other materials (e.g., glossaries, lists of cases)
- Division-specific Supplements (information specific to the divisions)

DT consists of a list of assigned topics. You are required to read the body of the Lesson Plans for each of these topics as well as the **supplement for the Asylum Division**, which is delineated in yellow. Reading the RAD and IO Supplements **is not** required. Supplements are located at the end of the Lesson Plan and are color-coded by division:



## G. Webinars

All webinars are pre-recorded so that participants have the flexibility to access them on their self-directed DT schedule. We use Webex for all webinars.

## H. Evaluation/Exams

Note the following about the exams:

- No exams during the Distance Training

- At least one graded Multiple Choice Exam during the Face-to-Face training

- Exam topics include Lesson Plans covered during both the Distance Training and the face to face training (e.g., includes Case Law and Sources of Authority, which are addressed during the DT, but not during the Face-to-Face training)

- All questions relate to the objectives listed in the beginning of each Lesson Plan.

## 2. How to Use this Workbook

**For each topic:**

1. **Plan your DT schedule.**

2. **Read the body of the Lesson Plans and the Supplements for the Asylum Division.**

3. **Complete any corresponding assignment(s) (e.g., exercises)** located in this Workbook in section 4 – Content.

   *Exercises*: Some Lesson Plans contain practical exercises; do NOT complete them. You need to refer only to this Workbook to know which exercises to complete.

4. **Write down any questions you have about the content of the course.** You can send them to ███████████████████@uscis.dhs.gov, or else ask them at the Face-to-Face component of the training.

5. **Be prepared to ask your questions and discuss your responses** to the exercises at the Face-to-Face component of the training.

6. **Use your time wisely.** The schedule lists the topics you should cover and the required amount of time to spend on each topic. How you use your work time to complete the listed assignments is at your discretion

   However you structure your time, **all assignments must be completed and the Completion Attestation must be submitted to Asylum Training as instructed in section 3, below, by the due date established for your training class**.

# 3. Syllabus and Attestation Form Instructions

The syllabus provided separately provides a list of modules you are required to complete for the Distance Training component. By signing and submitting these forms, you are certifying that you have completed the Distance Training in accordance with this Workbook.

Please follow the instructions below to complete the Distance Training Syllabus and Attestation Forms.

1. Complete each topic and its corresponding assignments using the allotted time for that topic; we suggest that you complete each topic in the order listed, although you may complete them in a different order.

2. When you have completed a topic, initial and date (using MM/DD/YY format) the corresponding box to indicate that you have completed the work required for that topic.

3. Once you have completed all of Distance Training, you and the coordinating management from your office must sign and date the Completion Attestation form and verify your completion of all topics.

4. If you were unable to complete any topic, leave the corresponding box blank, and attach an explanation of why the topic was not completed.

5. Print, scan and email a copy of **all pages** of the Distance Training Syllabus and Completion Attestation to your Asylum and CBP POCs and the Asylum Training Coordinator mailbox (███████████@uscis.dhs.gov) using the contact information provided in section 1, part B, above. **Title your email and attachment as follows:**
   *Last Name, First Name_ APSO for USBP DT - Completion Attestation*

## 4. Content

1. Please read all of the Lesson Plans and Asylum Supplements, as outlined in the Distance Training Attestation.

2. There are certain lessons that have corresponding exercises or webinars, which can be found below:

   a. Reading and Using Case Law
   b. Interviewing – Introduction to the Non-Adversarial Interview
   c. Nexus and Protected Grounds (minus PSG)
   d. Interviewing – Eliciting Testimony
   e. Mass Atrocities and Genocide Awareness
   f. Researching and Using Country of Origin Information (COI) in RAIO Adjudications
   g. Past Persecution – Rebuttable Presumption
   h. Asylum Process and Procedures
   i. India COI, Eliciting Testimony & Fraud

## Reading and Using Case Law

Have you finished reading the lesson plan?

*If yes, your task now is to:*

### Complete this Exercise

Read the attached case, *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).

Summarize the facts, the sources of authority, the decision, and the reasoning behind the decision in *Matter of Mogharrabi* by completing the attached exercise form.

- *Fill out the form and save your document.*

**If you finish this assignment early**, use your extra time to read *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985) – a seminal case in asylum law. (**Note:** this is not a required activity.)

## Interviewing – Introduction to the Non-Adversarial Interview

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

**Exercise #1**
Write a short phrase to describe two meanings of the term "non-adversarial."

**Exercise #2**
Write out the introduction to your interview. The introduction should address all of the components listed in the lesson plan the Asylum Division supplement.

## Nexus and the Protected Grounds (minus PSG)

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

### Exercise #1

Read this article from August 6, 2012 about the Sikh Temple Shooting in Wisconsin. You should also conduct online research to read other articles about this crime. Based on the evidence, what do you think was the motive for the attack, if any, and why? Please write at least one paragraph analyzing whether the evidence indicates this attack was on account of any protected characteristic(s). You must provide facts from the source to support your answer. Please cite any sources you use.

### Exercise #2 (Note: This exercise is optional, please complete if you have time)

Read this article about the Aurora Shooting in July 2012. Based on the evidence, what do you think was the motive for the attack, if any, and why? You must provide facts from the source to support your answer. (Note: You may also feel free to use facts from any other articles you have read about this crime to support your answer.)

**Interviewing – Eliciting Testimony**

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

**Exercise #1**
Label each of the following 10 questions as one of the following question types: open-ended (O); closed-ended (C); multiple choice (M); or leading (L).

—— "How were you threatened?"
—— "How many times did they threaten you?"
—— "Why did they threaten you?"
—— "What makes you think that was the motive for the threat?"
—— "Did they actually say anything about your religion when making the threat?"
—— "And on that occasion, did they threaten you in person, by letter, by phone or some other way?"
—— "Are you Christian?"
—— "Did you leave your house after the first threat or after the second threat?"
—— "Is your religion written on any of your documents?"
—— "You said earlier that you were threatened 2 times, correct?"

**Exercise #2**
Think back to an interview or conversation you have had that was adversarial. What effect did that have on the parties involved? What was the outcome? Write a short paragraph in response to these questions.

**Exercise #3**
Think back to an interview or conversation you have had that was difficult, but remained non-adversarial. What helped it remain non-adversarial? What was the outcome? Write a short paragraph in response to these questions.

**Exercise #4**
Think of broadcasters, journalists, or other professionals you know from the media, law enforcement, or other professions. Who is an example of an adversarial interviewer, and why? Who is an example of an effective non-adversarial interviewer, and why? Jot down notes regarding your two examples.

## Mass Atrocities and Genocide Awareness

Read the Presidential Study Directive on Mass Atrocities (PSD-10), released August 4, 2011(click here).

It is important for all officers to become aware of the history and content of PSD-10, which calls for the creation of an Interagency Atrocities Prevention Board and Corresponding Interagency Review.

DHS is in the process of publishing a lesson plan that will provide a general overview on mass atrocities and genocide awareness for DHS personnel, focusing primarily on the requirements of PSD-10. Additional training will be provided on procedures as they are developed to implement those requirements.

Read this report from NPR's *Morning Edition* about the work of the Human Rights Violators and War Crimes Unit at Immigration and Customs Enforcement (ICE).

**If you finish this assignment early**, use your time to read *Matter of Vides Casanova*, 26 I&N Dec. 494 (BIA 2015), the recent BIA case referenced in the NPR report.

| **Researching and Using Country of Origin Information (COI) in RAIO Adjudications** |
| --- |

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

### Country Conditions Information Research

## Exercises TRAINING OBJECTIVES:

1) Students will become familiar with new sources of country conditions information and Research Unit resources for accessing country conditions information.

2) Students will practice citing country conditions information that supports factual determinations that they make in the course of adjudicating claims and explaining the relevance of the source cited.

*Complete the exercises as instructed on a separate Word document and save your document.*

Complete the following exercises using the most relevant sources you can find. For each exercise, one or more factual issues will be identified. For each of those issues, cite a few sources that help you address the specific issues identified. Explain how the sources you cited, including specific quotations if possible, are relevant to the issue raised and, if applicable, what further information you would like to have in order to adequately adjudicate the issue.

Note: *Use the answer in the EXAMPLE EXERCISE below as a model.*

**EXAMPLE EXERCISE:** A 15-year old female asylum applicant from Mali expressed a fear that she would be subjected to female genital cutting against her will if she were returned to her country.

**Issue:** What is the likelihood that a 15-year-old Malian girl would be subjected to female genital cutting (FGC) in her country of origin?

**Answer**: The Department of State's Country Reports on Human Rights Practices for 2014 says the following about FGC in Mali (emphasis added):

Female Genital Mutilation/Cutting (FGM/C): FGM/C is legal in the country and, **except in certain northern areas**, was practiced widely across all religious and ethnic groups, **particularly in rural areas**. While the government took steps to raise awareness about the harmful health effects of FGM/C and successfully lowered the percentage of girls

**excised in at least one region of the country, the government has not criminalized FGM/C, although FGM/C was prohibited in government-funded health centers. FGM/C generally was performed on girls between the ages of six months and nine years. The most common types of FGM/C were Type I and Type II. The 2014 UNHCR report on FGM/C indicated 85 percent of girls and women ages 15 to 49 were excised, and 74 percent of girls and women in the same age group had a daughter who was excised. Government information campaigns regarding the dangers of FGM/C reached citizens throughout the country, and human rights organizations reported decreased incidences of FGM/C among children of educated parents.**

DOS considers there to be reliable evidence that the vast majority of Malian girls are subjected to FGM/C, which tends to support the applicant's claim to have a well-founded fear. However, the applicant is quite a bit older than the usual age at which FGM/C is performed in Mali. Is she from an urban area or from northern Mali, where DOS indicates that FGM/C is less common?

## EXERCISE ONE

A 45-year old male asylum-seeker from Algeria states that he self-identifies as Muslim, but belongs to a particular sect called the Ahmadis.   He claims that the government is preventing him from practicing his religion in Algeria, despite Algeria's Muslim majority demography.

**Issue One:** What does country conditions information indicate about the status of Ahmadis in Algeria today? How is the government of Algeria treating Ahmadi's today?

**Issue Two:** He also claims that Algerian citizens who belong to other sects of Islam in Algeria are persecuting him for his religious beliefs. What is the country conditions information regarding sectarian violence in Algeria today? And how are Ahmadis being treated in Algerian society?

## EXERCISE TWO

A 32-year-old female asylum-seeker from Turkey claims to fear return to her country because of her following of the teachings of the preacher Fethullah Gülen. Before leaving Turkey, she was a high school teacher at a private school associated with Hizmet.     Now that she is in America, she works for a Turkish cultural association called Raindrop Houses. She claims that the government of Turkey will persecute her and imprison her if she returns to Turkey.

**Issue One:** What does country conditions information indicate about how the followers of the teaching of Fethullah Gülen are being treated today by the Turkish government?

**Issue Two:** What is the country conditions information regarding private schools associated with the Gülen movement in Turkey today?


## EXERCISE THREE

A 24-year-old asylum applicant from Saudi Arabia self identifies as a member of the LGBTI community. The applicant came to America to study at a university, but claims that members of their family have learned about their sexual orientation since they entered America. The applicant claims that they fear harm by both their family and the government.

**Issue One**: Identify two different sources of information pertaining to the treatment of LGBTI individuals in Saudi Arabia. What does country conditions information indicate about how LGBTI individuals are treated by both family members and the government in Saudi Arabia?


**PART 3:** Take stock of the country conditions sources that you have used in these exercises. Bookmark any that you may wish to refer to in the future. In addition, bookmark the following useful sites so that you can easily refer to them for future research: UNHCR Refworld; Open Source Center; and PiX (register for an account now so that you will have access during the Face-to-Face portion of training); Jane's Terrorism and Insurgency Centre (accessed through DHS Libraries' online journal collection).

---

### Past Persecution –
### Rebuttable Presumption

---

Have you finished viewing the [webinar](#)?

(PW: ████████)

---

### Asylum Process and
### Procedures

---

Have you finished viewing the [webinar](#)?

(PW: ████████)

---

### Children's Claims

---

Have you finished reading the lesson plan and viewing the [webinar](#)?
(PW: ████████)

---

### India COI, Eliciting
### Testimony & Fraud

---

Have you finished viewing the [webinar](#)?
(PW: ████████)

**Congratulations!**

**You have finished the Distance Training component.**

**Thank you for your participation.**

APSO for USBP Distance Training Syllabus and Completion Attestation –
Instructions for Students

---

**Introduction**

The APSO training for USBP Officers includes a 2-week reading component that must be completed prior to the Face-to-Face Classroom component. This document contains information you will need to complete the reading.

**Procedures for Completing the Distance Training**

The syllabus for the APSO for USBP Distance Training is on the following pages. Please follow these instructions to complete the DT:

- Complete each unit and any corresponding assignments within the proscribed timeframes. The units are not currently listed in any preferred order.

- When you have completed a unit, initial and date the corresponding box.

- Once you have completed all of the Distance Training units, you and a Manager from your office must sign and date the Completion Attestation form to verify proper completion of all units.

- Scan and email a copy of all pages of the APSO for USBP Distance Training Syllabus and Completion Attestation to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@uscis.dhs.gov. **Title your email attachment as follows:** *Last Name, First Name - APSO for USBP DT – Completion* **and** *Attestation.* **Please CC your CBP and Asylum POCs.**

- The APSO for USBP Distance Training schedule totals approximately 80 hours (around 10 business days, depending upon work schedules). *To be used in conjunction with the APSO for USBP Distance Training Component Workbook.*

| Topic | Time Allocated | Initial & Date Upon Completion (MM/DD/YY) |
|---|---|---|
| Sources of Authority: *reading* | *1.25 hours* | |
| Reading and Using Case Law: *reading* + *exercise* | *2.75 hours* | |
| International Human Rights Law: *reading* | *1.5 hours* | |
| UNHCR Overview: *reading* | *1.5 hours* | |
| Refugee Definition: *reading* | *2 hours* | |
| Persecution: *reading* | *2.25 hours* | |
| Refugee Definition; Persecution: *Webinar* (**PW: RAIOCTPdt19!**) | *1.5 hours* | |
| Interviewing – Intro to the Non- Adversarial Interview: *reading* + *exercises* | *2.5 hours* | |
| Nexus and the Protected Grounds (minus PSG): *reading* + *exercises* | *3.5 hours* | |
| Nexus – PSG: *reading* | *4 hours* | |
| Well-Founded Fear: *reading* | *2.5 hours* | |
| Interviewing – Survivors of Torture: *reading* | *1 hour* | |
| Interviewing – Note Taking: *reading* | *1 hour* | |

| | | |
|---|---|---|
| Interviewing – Eliciting Testimony: *reading* + *exercises* | *2 hours* | |
| Interviewing – Working with an Interpreter: *reading* | *2 hours* | |
| Detecting Possible Victims of Trafficking: *reading* | *1.5 hours* | |
| Cross-Cultural Communication: *reading* | *.75 hours* | |
| Evidence: *reading* | *2 hours* | |
| Evidence: *Webinar* **(PW:** ███████ **)** | *1 hour* | |
| Fraud and FDNS Overview: *reading* | *2.5 hours* | |
| International Religious Freedom Act (IRFA): *reading* | *2 hours* | |
| Persecutor Bar: *reading* | *2 hours* | |
| Mass Atrocities and Genocide Awareness: *reading* | *.5 hours* | |
| LGBTI Claims: *reading* | *2 hours* | |
| Gender-Related Claims: *reading* | *1.75 hours* | |
| Children's Claims: *reading* | *3.5 hours* | |

| | | |
|---|---|---|
| Children's Claims: _Webinar_ **(PW:** ████████ | _1.5 hours_ | |
| National Security, Part 1: _reading_ | _1.25 hours_ | |
| National Security, Part 2 (TRIG): _reading_ | _3.25 hours_ | |
| Researching and Using Country of Origin Information (COI) in RAIO Adjudications: _reading_ + _exercises_ | _1.5 hours_ | |
| Firm Resettlement: _reading_ | _1.25 hours_ | |
| Discretion: _reading_ | _.5 hour_ | |
| Decision-Making: _reading_ | _1.5 hours_ | |
| Office of Security & Integrity (OSI) and Significant Incident Reporting: _webinar_ **(PW:** ████████ | _1 hour_ | |
| Past Persecution - Rebuttable Presumption: Presentation **(PW:** ████████ | _2 hours_ | |
| LP Asylum Process and Procedures: _reading_ | _.75 hour_ | |
| Asylum Process and Procedures Manual and Introduction to the AAPM Wiki: Presentation **(PW:** ████████ | _.5 hour_ | |
| LP Mandatory Bars Overview and Criminal Bars: _reading_ | _1.25 hours_ | |
| LP Credibility: _reading_ | _2 hours_ | |

| | | |
|---|---|---|
| LP Credible Fear: *reading* | *1.25 hours* | |
| LP ABC/NACARA: *reading*<br>   • Pages 2-16 | *.5 hour* | |
| LP – Reasonable Fear: *reading* | *1.5 hours* | |
| India COI, Eliciting Testimony, and Fraud [Webinar]<br>**(PW:** ▮▮▮▮▮▮ | *3 hours* | |

## **COMPLETION ATTESTATION**

I hereby attest by my signature below that all of the APSO for CBP Distance Training units, initialed and dated in the preceding pages, have been duly completed by me according to the requirements of the APSO for CBP Distance Training guidelines.

_____

Printed Name of Training Participant

_____     _____

Signature of Training Participant                                          Date

I hereby attest by my signature below that the above-named officer has been allotted the required time for completion of all of the APSO for CBP Distance Training lesson units and hereby verify that the officer has completed all such required lesson units according to the requirements of the APSO for CBP Distance Training guidelines.

_____

Training Officer or Local Office Management – Printed Name and Title

_____     _____

Training Officer or Local Office Management– Signature                  Date

# APSO FOR USBP TRAINING

| 7:00 * | (DAY 1) NOVEMBER 4 | (DAY 2) NOVEMBER 5 | (DAY 3)  NOVEMBER 6 | (DAY 4)  NOVEMBER 7 | (DAY 5)  NOVEMBER 8 |
|---|---|---|---|---|---|
| 8:00 ... 12:00 | **Report to CBP HQ to obtain laptops and Systems Access**<br><br>**Arrive at 20 Mass in time for sessions at 1PM** | **Group FRC CF Interview Observation**<br>8:00 am – 12:00 pm (4 hrs with 15 min break)<br>1:00 PM start<br><br>*Discuss and complete documents from observed interview* | **Nexus and Protected Grounds incl PSG**<br>8:00 am – 12:00 pm (4 hrs with 15 min break)<br>███████<br><br>*If time allows, discuss and complete documents from observed interview* | **Well-Founded Fear**<br>8:00 am – 10:45 am (2.75 hrs.)<br>███████<br><br>**Overview of Mandatory Bars & TRIG**<br>11:00 am – 12:15 am (1.25)<br>*Adverse Memo Practice*<br>███████ | **Country of Origin Information in CF – Latin America**<br>8:00 am – 12:00 pm (4 hrs with 15 min break)<br>███████ |
| | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH 12:15 – 1:15** | **LUNCH** |
| 1:00 ... 5:00 | **Welcome and Overview**<br>1:00 pm – 1:30 pm (.5hr.)<br><br>**Tech**<br>1:30 pm – 2:00 pm (.5 hr.)<br><br>**Non-Adversarial Interviews, Note-Taking & Confidentiality**<br>2:15 pm – 4:00 pm (1.75 hrs.)<br>███████<br><br>**RAIO Travel**<br>4:15 pm – 5:00 pm (.75 hrs.) | **Refugee Definition & Persecution**<br>1:00 am – 3:30 pm (2.5 hrs)<br>███████<br><br>**IRFA**<br>3:45 – 5:00 (1.25 hr.)<br>███████ | **Credibility including Eliciting Testimony and Checklist Practice**<br>1:00 pm – 5:00 pm (4 hrs. with 15 min break)<br>███████ | **Credible Fear and Third Country Transit, IFR**<br>1:15 pm – 3:15 pm (2 hrs.)<br>███████<br><br>**Convention Against Torture**<br>3:30 pm –5:00 pm (1.5 hrs.)<br>███████ | **APSO Security Checks**<br>1:00 pm – 2:00 pm (1 hr.)<br>███████<br><br>**Talk with the Associate Director**<br>2:00 pm – 2:30 pm<br>███████<br>(.5 hrs,)<br><br>**Working with Interpreters and Consultants**<br>2:45 pm – 3:45 pm (1 hr.)<br>███████<br><br>**Exam Review**<br>4:00 pm – 5:00 pm (1 hr.)<br>*Classroom Coordinator* |
| | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** |

Updated:  11/1/2019                    SCHEDULE SUBJECT TO CHANGE

# APSO FOR USBP TRAINING

| | NOVEMBER 11 | (DAY 6)  NOVEMBER 12 | (DAY 7)  NOVEMBER 13 | (DAY 8)  NOVEMBER 14 | NOVEMBER 15 |
|---|---|---|---|---|---|
| **8:00** | **Veteran's Day** | **Knowledge Check (Multiple Choice Exam)** 8:00 am- 9:00 am (1 hr) *Classroom Coordinator* **CF Checklist: Determinations 1 (Positive and Negative)** 9:15 am – 11:45 am (2.5 hrs) ███████ | **Exam Review** 8:00 am – 8:30 am (.5 hrs) *Classroom Coordinator* **Eliciting Testimony in CF** 8:30 am - 9:30 am (1 hr.) ███████ **FRCs** 9:45 am – 11:00 am (1.25 hrs.) ███████ **Forms Review** 11:15 am – 12:00 am (.75 hr.) ███████ | **CF Interview Observations with Contemporaneous Notetaking** 8:00 am -10:30 am (3 hours with 15 minute break) **Write up and Paperwork** 10:30 am -12:00 pm (1.5 hours) | **Agents Travel Home** |
| **12:00** | | | | | |
| | | LUNCH   11:45 – 12:45 | LUNCH | LUNCH | |
| **1:00** | | **APSO Forms (I870 & NTA)** 12:45 pm – 1:45 pm (1 hr.) ███████ **Fraud Detection and National Security** 1:45 pm – 2:45 pm (1 hr) ███████ **Talk with the Acting Director** 3:00 pm – 3:30 pm ███████ (.5 hrs,) **Global Overview** 3:45 pm – 5:00 pm (1.25 hrs) ███████ | **CF Forms Practical Exercise** 1:00 pm – 3:30 pm (2.5 hrs) *Classroom Coordinator* **Introductions** 3:45 pm – 4:15 pm (.5 hr.) ███████ **Forms Review** 4:15 pm – 5:00 pm (.75 hrs.) | **Children's Claims** 1:00 pm – 3:00 pm (2 hrs.) ███████ **Feedback of CF Forms Practical Exercise** 3:15 pm – 4:00 pm (.75 hr.) **Feedback and Wrap Up** 4:00 pm – 5:00 pm (1 hrs.) | |
| **5:00** | | | | | |
| | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS | 8 HOURS |

Updated:  11/1/2019                    SCHEDULE SUBJECT TO CHANGE

# EXHIBIT 9

# DISTANCE TRAINING COMPONENT WORKBOOK

## Last Updated: December 2019

# Table of Contents

1. **Introduction** ........................................................................................... 3
   A. Welcome ............................................................................................. 3
   B. Contact Information ........................................................................... 3
   C. Purpose of DT ................................................................................... 4
   D. Content and Structure of the DT ................................................... 4-5
   E. Relationship between DT and the Face-to-Face Training .............. 5-6
   F. Lesson Plans ....................................................................................... 6
   G. Webinars ............................................................................................ 6
   H. Evaluation/Exams .............................................................................. 6
2. **How to Use this Workbook** .................................................................... 7
3. **Syllabus and Attestation Form Instructions** ....................................... 8
4. **Content** ............................................................................................. 9-18

# I. Introduction

**A.** Welcome to the first component of Distance Training. Although you will be in your home office during the Distance Training (DT), you will not be performing your routine office duties during this time. Each office is required to allocate a certain amount of time for new officers to complete the DT – approximately 80 hours are required. The DT is designed to give you time to read and process selected training materials. This will help prepare you for attending the second component of the training, the Face-to-Face component (F2F). You will have an opportunity to raise questions during the F2F component, where the topics may be addressed again.

**B. Contact Information**

Asylum Division:                    Asylum Division Training Coordinators
                                    ███████████████████@uscis.dhs.gov

## C. Purpose of DT

The main reasons that DT has been developed are to:

- **Give you time to read materials before attending the Face-to-Face training**
  The training materials are very lengthy, and reading them is time-consuming. To fully understand the topics addressed at the training, officers must read the training materials prior to attending class. There is no class time allotted for reading materials during the Face-to Face training; if class time were given, it would make the Face-to-Face residential training much longer than it currently is. DT allows you the time needed – during work hours at your home office, rather than away from home at the Face-to-Face training – to do that reading.

- **Ensure that you begin the Face-to-Face training with a basic foundation of the subject matter**
  Officers have varying levels of knowledge of the topics that are covered in class. Some of you have been involved in immigration work for many years, others have not. Because of this, instructors must teach classes with students of varying levels of knowledge, which is difficult for both the instructors and the students. The DT component prior to the Face-to-Face classroom component attempts to reduce this knowledge gap so that all of you will have a basic foundation in/understanding of the course topics prior to the start of the Face-to-Face component. If you are already familiar with the course content, and able to complete the reading and assignments for a topic quickly, utilize any additional allotted time to expand your knowledge and to help others: complete the additional activities in this workbook, read the Additional Resources in the lesson plans, and help your colleagues in your office who are new to this work. For more information about how to use your time during the DT, see section 2 – How to Use this Workbook, item 9.

- **Better utilize the Face-to-Face time for exercises and practical application of the concepts in the materials**
  When all students have read the materials in advance and have a basic understanding of the course topics, instructors do not need to go over the content in great detail during class. Instead, a summary of the content can be provided and the majority of class time can be spent on discussion and practical application of the information and concepts in the training materials.

## D. Content and Structure of the DT

### What You Will Need:

The information and materials, including links to other materials that you will need for DT, are in this Workbook.

In addition to completing the reading assignments, you will listen to recorded Webinars with

instructors, read supplemental training materials, and complete exercises that you will email to the Asylum Division Training Coordinators, ███████████████████ @uscis.dhs.gov.

## Time Management:

The current DT model was designed to be a flexible and self-directed program of study.

Because you are in your home office during the Distance Training (DT) rather than at a Face-to-Face classroom training, you will need to make a clear distinction between your office work and the time you spend on this training. **For this reason, you must use all of the allotted time to complete each respective topic** (i.e. – you cannot finish individual topics or the training early)—just as if you were at a Face-to-Face training. For those of you who may finish a topic and have extra time, there are additional assignments for you to complete in the Workbook. Additional information on how to use your time can be found below in section 2 – How to Use this Workbook.

**We also recommend that you do not spend** *more* **than the allotted amount of time on any individual topic**, and that you adhere to your proposed schedule as closely as possible. The Lesson Plans are intended to serve the dual purpose of both training and guidance documents, which you will be able to access throughout your training and beyond.

The time allocated for each topic includes time to read the materials, and complete the exercises. Anticipating that there will be participants with a range of backgrounds, we have kept the times for required reading and exercises at a level that should allow all participants to complete the assignments.

## E. Relationship between DT and the Face-to-Face Training

The topics covered at DT will be reinforced during the Face-to-Face component that follows DT. Because you will have read the materials and completed exercises, you are expected to come to class with at least a basic knowledge of the topics and be prepared to actively participate in the discussions and exercises.

Instructors will approach the Face-to-Face classes with this in mind. The instructors will not simply lecture in class on the information in the lesson plans. Rather, instructors will help you apply the information and concepts in the lesson plans through practical exercises, case studies, discussions with subject matter experts, and problem-solving activities.

It is important that you complete the required DT reading and assignments because:

- The assignments will form the basis of Face-to-Face classroom activities.

- You will be expected to know and apply the material during the practical exercises and interviews.

- The information for the exams given will be taken from the lesson plans and will test both your knowledge of the content of the lesson plans and your ability to apply that knowledge.

## F.  Lesson Plans

The RAIO Lesson Plans consist of:

- The main body of the Lesson Plan
- Other materials (e.g., glossaries, lists of cases)
- Division-specific Supplements (information specific to the divisions)

DT consists of a list of assigned topics. You are required to read the body of the Lesson Plans for each of these topics as well as the **supplement for the Asylum Division**, which is delineated in yellow. Reading the RAD and IO Supplements **is not** required. Supplements are located at the end of the Lesson Plan and are color-coded by division:



## G. Webinars

All webinars are pre-recorded so that participants have the flexibility to access them on their self-directed DT schedule. We use Webex for all webinars.

## H. Evaluation/Exams

Note the following about the exams:

- No exams during the Distance Training

- At least one graded Multiple Choice Exam during the Face-to-Face training

- Exam topics include Lesson Plans covered during both the Distance Training and the face to face training (e.g., includes Case Law and Sources of Authority, which are addressed during the DT, but not during the Face-to-Face training)

- All questions relate to the objectives listed in the beginning of each Lesson Plan.

## 2. How to Use this Workbook

**For each topic:**

1. <u>**Plan your DT schedule.**</u>

2. <u>**Read the body of the Lesson Plans and the Supplements for the Asylum Division**</u>.

3. <u>**Complete any corresponding assignment(s) (e.g., exercises)**</u> located in this Workbook in section 4 – Content.

   *Exercises*: Some Lesson Plans contain practical exercises; do NOT complete them. You need to refer only to this Workbook to know which exercises to complete.

4. <u>**Write down any questions you have about the content of the course.**</u> You can send them to ▇▇▇▇▇▇▇▇▇▇▇▇@uscis.dhs.gov, or else ask them at the Face-to-Face component of the training.

5. <u>**Be prepared to ask your questions and discuss your responses**</u> to the exercises at the Face-to-Face component of the training.

6. <u>**Use your time wisely.**</u> The schedule lists the topics you should cover and the required amount of time to spend on each topic. How you use your work time to complete the listed assignments is at your discretion

   However you structure your time, **all assignments must be completed and the Completion Attestation must be submitted to Asylum Training as instructed in section 3, below, by the due date established for your training class**.

# 3. Syllabus and Attestation Form Instructions

The syllabus provided separately provides a list of modules you are required to complete for the Distance Training component. By signing and submitting these forms, you are certifying that you have completed the Distance Training in accordance with this Workbook.

Please follow the instructions below to complete the Distance Training Syllabus and Attestation Forms.

1. Complete each topic and its corresponding assignments using the allotted time for that topic; we suggest that you complete each topic in the order listed, although you may complete them in a different order.

2. When you have completed a topic, initial and date (using MM/DD/YY format) the corresponding box to indicate that you have completed the work required for that topic.

3. Once you have completed all of Distance Training, you and the coordinating management from your office must sign and date the Completion Attestation form and verify your completion of all topics.

4. If you were unable to complete any topic, leave the corresponding box blank, and attach an explanation of why the topic was not completed.

5. Print, scan and email a copy of **all pages** of the Distance Training Syllabus and Completion Attestation to your Asylum and CBP POCs and the Asylum Training Coordinator mailbox ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@uscis.dhs.gov) using the contact information provided in section 1, part B, above. **Title your email and attachment as follows:**

   *Last Name, First Name_ CF for CBP DT - Completion Attestation*

# 4. Content

1. Please read all of the Lesson Plans and Asylum Supplements, as outlined in the Distance Training Attestation.

2. There are certain lessons that have corresponding exercises or webinars, which can be found below:

   a. Reading and Using Case Law
   b. Interviewing – Introduction to the Non-Adversarial Interview
   c. Nexus and Protected Grounds (minus PSG)
   d. Interviewing – Eliciting Testimony
   e. Mass Atrocities and Genocide Awareness
   f. Researching and Using Country of Origin Information (COI) in RAIO Adjudications
   g. Past Persecution – Rebuttable Presumption
   h. Evidence
   i. Children's Claims
   j. Office of Security & Integrity (OSI) and Significant Incident Reporting
   k. Refugee Definition – Persecution
   l. Asylum Process and Procedures
   m. India COI, Eliciting Testimony & Fraud

---

### Reading and Using Case Law

---

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete this Exercise

Read the attached case, *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).

Summarize the facts, the sources of authority, the decision, and the reasoning behind the decision in *Matter of Mogharrabi* by completing the attached exercise form.

- *Fill out the form and save your document.*

**If you finish this assignment early**, use your extra time to read *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985) – a seminal case in asylum law. (**Note:** this is not a required activity.)

---

### Interviewing – Introduction to the Non-Adversarial Interview

---

Have you finished reading the lesson plan?

*If yes, your task now is to:*

### Complete these exercises

**Exercise #1**
Write a short phrase to describe two meanings of the term "non-adversarial."

**Exercise #2**
Write out the introduction to your interview. The introduction should address all of the components listed in the lesson plan the Asylum Division supplement.

## Nexus and the Protected Grounds (minus PSG)

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

### Exercise #1
Read this article from August 6, 2012 about the Sikh Temple Shooting in Wisconsin. You should also conduct online research to read other articles about this crime. Based on the evidence, what do you think was the motive for the attack, if any, and why? Please write at least one paragraph analyzing whether the evidence indicates this attack was on account of any protected characteristic(s). You must provide facts from the source to support your answer. Please cite any sources you use.

### Exercise #2 (Note: This exercise is optional, please complete if you have time)
Read this article about the Aurora Shooting in July 2012. Based on the evidence, what do you think was the motive for the attack, if any, and why? You must provide facts from the source to support your answer. (Note: You may also feel free to use facts from any other articles you have read about this crime to support your answer.)

## Interviewing – Eliciting Testimony

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises

## Exercise #1
Label each of the following 10 questions as one of the following question types: open-ended (O); closed-ended (C); multiple choice (M); or leading (L).

- —— "How were you threatened?"
- —— "How many times did they threaten you?"
- —— "Why did they threaten you?"
- —— "What makes you think that was the motive for the threat?"
- —— "Did they actually say anything about your religion when making the threat?"
- —— "And on that occasion, did they threaten you in person, by letter, by phone or some other way?"
- —— "Are you Christian?"
- —— "Did you leave your house after the first threat or after the second threat?"
- —— "Is your religion written on any of your documents?"
- —— "You said earlier that you were threatened 2 times, correct?"

## Exercise #2
Think back to an interview or conversation you have had that was adversarial. What effect did that have on the parties involved? What was the outcome? Write a short paragraph in response to these questions.

## Exercise #3
Think back to an interview or conversation you have had that was difficult, but remained non-adversarial. What helped it remain non-adversarial? What was the outcome? Write a short paragraph in response to these questions.

## Exercise #4
Think of broadcasters, journalists, or other professionals you know from the media, law enforcement, or other professions. Who is an example of an adversarial interviewer, and why? Who is an example of an effective non-adversarial interviewer, and why? Jot down notes regarding your two examples.

---

### Mass Atrocities and Genocide Awareness

---

[Read the Presidential Study Directive on Mass Atrocities (PSD-10), released August 4, 2011(click here).](#)

It is important for all officers to become aware of the history and content of PSD-10, which calls for the creation of an Interagency Atrocities Prevention Board and Corresponding Interagency Review.

DHS is in the process of publishing a lesson plan that will provide a general overview on mass atrocities and genocide awareness for DHS personnel, focusing primarily on the requirements of PSD-10. Additional training will be provided on procedures as they are developed to implement those requirements.

Read [this report from NPR's *Morning Edition*](#) about the work of the Human Rights Violators and War Crimes Unit at Immigration and Customs Enforcement (ICE).

**If you finish this assignment early**, use your time to read *Matter of Vides Casanova*, 26 I&N Dec. 494 (BIA 2015), the BIA case referenced in the NPR report.

| **Researching and Using Country of Origin Information (COI)** |
| :---: |
| **in RAIO Adjudications** |

Have you finished reading the lesson plan?

*If yes, your task now is to:*

## Complete these exercises:

### Country Conditions Information Research

**Exercises TRAINING OBJECTIVES:**

1) Students will become familiar with new sources of country conditions information and Research Unit resources for accessing country conditions information.

2) Students will practice citing country conditions information that supports factual determinations that they make in the course of adjudicating claims and explaining the relevance of the source cited.

*Complete the exercises as instructed on a separate Word document and save your document.*

Complete the following exercises using the most relevant sources you can find. For each exercise, one or more factual issues will be identified. For each of those issues, cite a few sources that help you address the specific issues identified. Explain how the sources you cited, including specific quotations if possible, are relevant to the issue raised and, if applicable, what further information you would like to have in order to adequately adjudicate the issue.

Note: *Use the answer in the EXAMPLE EXERCISE below as a model.*

**EXAMPLE EXERCISE:** A 15-year old female asylum applicant from Mali expressed a fear that she would be subjected to female genital cutting against her will if she were returned to her country.

**Issue:** What is the likelihood that a 15-year-old Malian girl would be subjected to female genital cutting (FGC) in her country of origin?

**Answer**: The Department of State's Country Reports on Human Rights Practices for 2014 says the following about FGC in Mali (emphasis added):

Female Genital Mutilation/Cutting (FGM/C): FGM/C is legal in the country and, **except in certain northern areas**, was practiced widely across all religious and ethnic groups, **particularly in rural areas**. While the government took steps to raise awareness about the harmful health effects of FGM/C and successfully lowered the percentage of girls

excised in at least one region of the country, the government has not criminalized FGM/C, although FGM/C was prohibited in government-funded health centers. **FGM/C generally was performed on girls between the ages of six months and nine years.** The most common types of FGM/C were Type I and Type II. **The 2014 UNHCR report on FGM/C indicated 85 percent of girls and women ages 15 to 49 were excised, and 74 percent of girls and women in the same age group had a daughter who was excised.** Government information campaigns regarding the dangers of FGM/C reached citizens throughout the country, and human rights organizations reported decreased incidences of FGM/C among children of educated parents.

DOS considers there to be reliable evidence that the vast majority of Malian girls are subjected to FGM/C, which tends to support the applicant's claim to have a well-founded fear. However, the applicant is quite a bit older than the usual age at which FGM/C is performed in Mali. Is she from an urban area or from northern Mali, where DOS indicates that FGM/C is less common?

## EXERCISE ONE

A 45-year old male asylum-seeker from Algeria states that he self-identifies as Muslim, but belongs to a particular sect called the Ahmadis.   He claims that the government is preventing him from practicing his religion in Algeria, despite Algeria's Muslim majority demography.

**Issue One:** What does country conditions information indicate about the status of Ahmadis in Algeria today? How is the government of Algeria treating Ahmadi's today?

**Issue Two:** He also claims that Algerian citizens who belong to other sects of Islam in Algeria are persecuting him for his religious beliefs. What is the country conditions information regarding sectarian violence in Algeria today? And how are Ahmadis being treated in Algerian society?

## EXERCISE TWO

A 32-year-old female asylum-seeker from Turkey claims to fear return to her country because of her following of the teachings of the preacher Fethullah Gülen. Before leaving Turkey, she was a high school teacher at a private school associated with Hizmet.      Now that she is in America, she works for a Turkish cultural association called Raindrop Houses. She claims that the government of Turkey will persecute her and imprison her if she returns to Turkey.

**Issue One:** What does country conditions information indicate about how the followers of the teaching of Fethullah Gülen are being treated today by the Turkish government?

**Issue Two:** What is the country conditions information regarding private schools associated with the Gülen movement in Turkey today?


## EXERCISE THREE

A 24-year-old asylum applicant from Saudi Arabia self identifies as a member of the LGBTI community. The applicant came to America to study at a university, but claims that members of their family have learned about their sexual orientation since they entered America. The applicant claims that they fear harm by both their family and the government.

**Issue One**: Identify two different sources of information pertaining to the treatment of LGBTI individuals in Saudi Arabia. What does country conditions information indicate about how LGBTI individuals are treated by both family members and the government in Saudi Arabia?


**PART 3:** Take stock of the country conditions sources that you have used in these exercises. Bookmark any that you may wish to refer to in the future. In addition, bookmark the following useful sites so that you can easily refer to them for future research: UNHCR Refworld; Open Source Center; and PiX (register for an account now so that you will have access during the Face-to-Face portion of training); Jane's Terrorism and Insurgency Centre (accessed through DHS Libraries' online journal collection).

# Webinars

| Topic | Webinar and Password |
|---|---|
| **Refugee Definition – Persecution** | *Webinar* **(PW:** █████████ |
| **Past Persecution – Rebuttable Presumption** | *Webinar* **(PW:** ████████ |
| **Evidence** | *Webinar* **(PW:** █████████ |
| **Children's Claims** | *Webinar* **(PW:** █████████ |
| **Office of Security & Integrity (OSI) and Significant Incident Reporting** | *Webinar* **(PW:** █████████ |
| **Asylum Process and Procedures** | *Presentation* **(PW:** ████████ |
| **India COI, Eliciting Testimony, and Fraud** | *Webinar* **(PW:** ███████ |

**Congratulations!**

**You have finished the Distance Training component.**

**Thank you for your participation.**

## Credible Fear (CF) for CBP Distance Training Syllabus and Completion Attestation Instructions for Students

### Introduction

The CF for CBP training includes a 2-week reading component that must be completed prior to the Face-to-Face Classroom component. This document contains information you will need to complete the reading.

### Procedures for Completing the Distance Training

The syllabus for the CF for CBP Distance Training is on the following pages. Please follow these instructions to complete the DT:

- Complete each unit and any corresponding assignments within the proscribed timeframes. The units are not currently listed in any preferred order.

- When you have completed a unit, initial and date the corresponding box.

- Once you have completed all of the Distance Training units, you and a Manager from your office must sign and date the Completion Attestation form to verify proper completion of all units.

- Scan and email a copy of all pages of the CF for CBP Distance Training Syllabus and Completion Attestation to ██████████████████@uscis.dhs.gov. **Title your email attachment as follows:** *Last Name, First Name - CF for CBP DT – Completion* **and** *Attestation.* **Please CC your CBP and Asylum POCs.**

- The CF for CBP Distance Training schedule totals approximately 80 hours (around 8 to 10 business days, depending upon work schedules). *To be used in conjunction with the CF for CBP Distance Training Component* [*Workbook*](#).

| Topic | Time Allocated | Initial & Date Upon Completion (MM/DD/YY) |
|---|---|---|
| Sources of Authority: *reading* | *1.25 hours* | |
| Reading and Using Case Law: *reading* + *exercise* | *2.75 hours* | |
| International Human Rights Law: *reading* | *1.5 hours* | |
| UNHCR Overview: *reading* | *1.5 hours* | |
| Refugee Definition: *reading* | *2 hours* | |
| Persecution: *reading* | *2.25 hours* | |
| Refugee Definition; Persecution: *Webinar* (**PW:** ███████████ | *1.5 hours* | |
| Interviewing – Intro to the Non- Adversarial Interview: *reading* + *exercises* | *2.5 hours* | |
| Nexus and the Protected Grounds (minus PSG): *reading* + *exercises* | *3.5 hours* | |
| Nexus – PSG: *reading* | *4 hours* | |
| Well-Founded Fear: *reading* | *2.5 hours* | |
| Interviewing – Survivors of Torture: *reading* | *1 hour* | |
| Interviewing – Note Taking: *reading* | *1 hour* | |

| | | |
|---|---|---|
| Interviewing – Eliciting Testimony: *reading + exercises* | *2 hours* | |
| Interviewing – Working with an Interpreter: *reading* | *2 hours* | |
| Detecting Possible Victims of Trafficking: *reading* | *1.5 hours* | |
| Cross-Cultural Communication: *reading* | *.75 hours* | |
| Evidence: *reading* | *2 hours* | |
| Evidence: *Webinar* **(PW:** ███████████ **)** | *1 hour* | |
| Fraud and FDNS Overview: *reading* | *2.5 hours* | |
| International Religious Freedom Act (IRFA): *reading* | *2 hours* | |
| Persecutor Bar: *reading* | *2 hours* | |
| Mass Atrocities and Genocide Awareness: *reading* | *.5 hours* | |
| LGBTI Claims: *reading* | *2 hours* | |
| Gender-Related Claims: *reading* | *1.75 hours* | |
| Children's Claims: *reading* | *3.5 hours* | |

| | | |
|---|---|---|
| Children's Claims: _Webinar_ **(PW:** ███████ | _1.5 hours_ | |
| National Security, Part 1: _reading_ | _1.25 hours_ | |
| National Security, Part 2 (TRIG): _reading_ | _3.25 hours_ | |
| Researching and Using Country of Origin Information (COI) in RAIO Adjudications: _reading_ + _exercises_ | _1.5 hours_ | |
| Firm Resettlement: _reading_ | _1.25 hours_ | |
| Discretion: _reading_ | _.5 hour_ | |
| Decision-Making: _reading_ | _1.5 hours_ | |
| Office of Security & Integrity (OSI) and Significant Incident Reporting: _webinar_ **(PW:** ████████ | _1 hour_ | |
| Past Persecution - Rebuttable Presumption: Presentation **(PW:** ██████ | _2 hours_ | |
| LP Asylum Process and Procedures: _reading_ | _.75 hour_ | |
| Asylum Process and Procedures Manual and Introduction to the AAPM Wiki: Presentation **(PW:** ██████ | _.5 hour_ | |
| LP Mandatory Bars Overview and Criminal Bars: _reading_ | _1.25 hours_ | |
| LP Credibility: _reading_ | _2 hours_ | |

| | | |
|---|---|---|
| LP Credible Fear: *reading* | *1.25 hours* | |
| LP ABC/NACARA: *reading*<br>• Pages 2-16 | *.5 hour* | |
| LP – Reasonable Fear: *reading* | *1.5 hours* | |
| India COI, Eliciting Testimony, and Fraud Webinar<br>**(PW:** ███████ | *3 hours* | |

## <u>COMPLETION ATTESTATION</u>

I hereby attest by my signature below that all of the CF for CBP Distance Training units, initialed and dated in the preceding pages, have been duly completed by me according to the requirements of the CF for CBP Distance Training guidelines.

_____

Printed Name of Training Participant

_____    _____

Signature of Training Participant                                                          Date

I hereby attest by my signature below that the above-named officer has been allotted the required time for completion of all of the CF for CBP Distance Training lesson units and hereby verify that the officer has completed all such required lesson units according to the requirements of the CF for CBP Distance Training guidelines.

_____

Training Officer or Local Office Management – Printed Name and Title

_____    _____

Training Officer or Local Office Management– Signature                            Date

# CREDIBLE FEAR FOR CBP TRAINING

| | (DAY 1) JANUARY 6 | (DAY 2) JANUARY 7 | (DAY 3) JANUARY 8 | (DAY 4) JANUARY 9 | (DAY 5) JANUARY 10 |
|---|---|---|---|---|---|
| **8:00**<br><br><br><br><br><br><br><br><br><br><br>**12:00** | **Report to CBP HQ to obtain laptops and Systems Access**<br><br>**Meet with respective divisions**<br><br>**Lunch**<br><br>**Arrive at 999 in time for sessions at 1PM** | **Group CF Interview Observation (ZAR)**<br><br>*Review file*<br>8:00 am – 8:45 am (.75 hr)<br><br>*Interview*<br>9:00 am - 12:00 pm (3 hrs with 15 min break)<br>■■■■■■■■ | **Refugee Definition & Persecution**<br>8:00 am – 10:30 pm (2.5 hrs)<br>■■■■■■■<br><br>**Nexus and Protected Grounds incl PSG**<br>10:45 am – 12:00 pm (1.25 hr.)<br>■■■■■■■ | **Well-Founded Fear**<br>8:00 am – 10:45 am (2.75 hrs.)<br>■■■■■■■<br><br>**Overview of Mandatory Bars & TRIG**<br>*Adverse Memo Practice*<br>11:00 am – 12:15 pm (1.25)<br>■■■■■■ | **Country of Origin Information in CF – Latin America**<br>8:00 am – 12:00 pm (4 hrs with 15 min break)<br>■■■■■■■ |
| | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH 12:15 – 1:15** | **LUNCH** |
| **1:00**<br><br><br><br><br><br><br><br><br><br><br>**5:00** | **Welcome + Overview**<br>1:00 pm – 1:30 pm (.5hr.)<br>■■■■■■<br>Director Asylum Division<br><br>**Tech + Database Access**<br>1:30 pm – 2:30 pm (1 hr.)<br>Classroom Coordinators/OIT<br><br>**Note-Taking & Confidentiality**<br>2:45 pm – 4:00 pm (1.25 hrs)<br>■■■■■■<br><br>**Non-Adversarial Interviews**<br>4:00 pm – 5:00 pm (1 hr) | <span style="background:yellow">Early Dismissal per OPM – Weather Related</span><br><br><span style="background:yellow">Dismissal at 1PM</span> | **Nexus and Protected Grounds incl PSG - Continued**<br>1:00 pm – 3:30 pm (2.5 hrs.)<br>■■■■■■■<br><br>**IRFA**<br>3:45 pm – 5:00 pm (1.25 hr.)<br>■■■■■ | **Credible Fear and Third Country Transit, IFR**<br>1:15 pm – 3:15 pm (2 hrs.)<br>■■■■■■■<br><br>**Convention Against Torture**<br>3:30 pm –5:00 pm (1.5 hrs.)<br>■■■■■■ | **APSO Security Checks**<br>1:00 pm – 2:00 pm (1 hr.)<br>■■■■■■■<br><br>**Talk with the Associate Director**<br>2:00 pm – 2:30 pm<br>■■■■■■<br>RAIO Associate Director (.5 hrs,)<br><br>**Children's Claims**<br>2:45 pm – 5:00 pm (2.5 hrs.)<br>■■■■■■■ |
| | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** |

Updated:  1/8/2020            SCHEDULE SUBJECT TO CHANGE

# CREDIBLE FEAR FOR CBP TRAINING

|  | (DAY 6) JANUARY 13 | (DAY 7) JANUARY 14 | (DAY 8) JANUARY 15 | (DAY 9) JANUARY 16 | JANUARY 17 |
|---|---|---|---|---|---|
| **8:00**<br><br><br><br><br><br><br><br><br><br>**12:00** | **Credibility including Eliciting Testimony and Checklist Practice**<br>8:00 am – 12:00 pm (4 hrs. with 15 min break)<br>██████████ | **Knowledge Check (Multiple Choice Exam)**<br>8:00 am- 9:00 am (1 hr)<br>*Classroom Coordinator*<br><br>**CF Checklist: Determinations 1 (Positive and Negative)**<br>9:15 am – 11:45 am (2.5 hrs)<br>███████████ | **Exam Review**<br>8:00 am – 8:30 am (.5 hrs)<br>███████████<br><br>**Eliciting Testimony in CF**<br>8:30 am - 9:30 am (1 hr.)<br>███████████<br><br>**FRCs**<br>9:45 am – 11:00 am (1.25 hrs.)<br>███████████<br><br>**Forms Review**<br>11:15 am – 12:00 pm (.75 hr.)<br>███████████ | **Group FRC CF Interview Observation with contemporaneous notetaking (ZHN)**<br><br>*Review file*<br>8:00 am – 8:45 am (.75 hr)<br><br>*Interview*<br>9:00 am - 12:00 pm (3 hrs with 15 min break) | **BPAs to TX for OJT**<br><br>**OFO to ZAR for OJT** |
|  | LUNCH | LUNCH  11:45 – 12:45 | LUNCH | LUNCH |  |
| **1:00**<br><br><br><br><br><br><br><br><br><br>**5:00** | **Introductions**<br>1:00 pm – 1:30 pm (.5 hr.)<br><br>**Working with Interpreters and Consultants**<br>1:30 pm – 2:30 pm (1 hr.)<br>███████████<br><br>**Exam Review**<br>2:45 pm – 3:45 pm (1 hr.)<br>███████████<br><br>**Global Overview**<br>3:45 pm – 5:00 pm (1.25 hrs)<br>███████████ | **APSO Forms (I870 & NTA)**<br>12:45 pm – 1:45 pm (1 hr.)<br>███████████<br><br>**Fraud Detection and National Security**<br>1:45 pm – 2:45 pm (1 hr)<br>███████████<br><br>**DT Group Exercise/Forms Review/Systems Access**<br>3:00 pm – 5:00 pm (2 hrs.)<br>Classroom Coordinators | **CF Forms Practical Exercise**<br>1:00 pm – 4:00 pm (3 hrs)<br>Classroom Coordinator<br><br>**OFO – RAIO Travel USBP – Talk with Dilley**<br>4:15 pm – 5:00 pm (.75 hr) | **Write up and Paperwork**<br>1:00 PM - 2:00 pm (1 hour)<br><br>**Talk with the Deputy Director**<br>2:00 pm – 2:30 pm (.5 hr)<br>███████████<br><br>**Continue Write Up/Paperwork**<br>2:30 pm – 3:00 pm (.5 hours)<br><br>**Feedback of CF Forms Practical Exercise**<br>3:15 pm – 4:00 pm (.75 hr.)<br><br>**Feedback and Wrap Up**<br>4:00 pm – 5:00 pm (1 hr.) |  |
|  | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** | **8 HOURS** |

Updated:  1/8/2020          SCHEDULE SUBJECT TO CHANGE

# EXHIBIT 10

## MEMORANDUM OF AGREEMENT BETWEEN
## U.S. CUSTOMS AND BORDER PROTECTION (CBP)
## AND
## U.S. CITIZENSHIP & IMMIGRATION SERVICES (USCIS)

1. **PARTIES.** The parties to this Memorandum of Agreement (MOA) are U.S. Customs and Border Protection (CBP) and U.S. Citizenship and Immigration Services (USCIS).

2. **AUTHORITY.** This MOA is entered into by USCIS and CBP pursuant to Part IV of Department of Homeland Security Delegation 0150.1 (June 5, 2003), as set forth in Department of Homeland Security Delegation 2019-001, "Delegation to the Commissioner of U.S. Customs and Border Protection Regarding Credible Fear Determinations."

3. **PURPOSE.** The purpose of this MOA is to set forth terms under which USCIS and CBP can foster collaboration through a Task Force (TF) assignment for the purposes of training and hearing credible fear (CF) claims and making determinations through the interview process. This pilot program is named "Credible Fear for CBP."

   This partnership will increase efficiency and effectiveness for DHS.

4. **RESPONSIBILITIES.** The following section details both USCIS and CBP responsibilities for the duration of this MOA.

   A. USCIS shall:

   i. Assign Points of Contact (POCs) at Asylum Headquarters (HQ) to coordinate Credible Fear for CBP, including POCs within the USCIS Office of the Chief Financial Officer, Office of Information and Technology (OIT) and Office of Chief Counsel (OCC).
   ii. Fund payroll and all CF-related travel for DHS/CBP pilot program responsibilities. *See* Appendices A and B for funding procedures.
   iii. Assign, in coordination with CBP, the weekly schedules of the designated U.S. Border Patrol (USBP) agents and Office of Field Operations (OFO) officers for their pilot program responsibilities.
   iv. Coordinate the agents' and officers' schedules for required CBP trainings and qualifications as necessary.
   v. Ensure the TF member conducting the credible fear interview was not involved in the apprehension or encounter of the alien(s) being interviewed.
   vi. Notify CBP promptly if agents or officers are exercising law enforcement officer or customs officer duties while on the TF assignment.
   vii. Upon request, provide feedback to CBP regarding the agents' and officers' performance within 30 days of the end of the TF assignment.
   viii. Inform CBP of requests to reassign agents or officers who are not performing at an acceptable level of competence.
   ix. Provide agents and officers with reasonable equipment to complete assigned tasks including, but not limited to, computers and/or laptops, printers, portable hotspots, and scanners.
   x. Ensure agents and officers can access USCIS applications required for credible fear.

1

xi.   Coordinate and provide electronic access via modifications to USCIS applications ███████████████████████ and provisioning of CBP accounts through ██████████

xii.   Provide network connectivity when agents or officers are at USCIS sites.

xiii.   Assist with the resolution of any pending CBP TF incident tickets.

xiv.   Transfer laptops to CBP. Once transferred, CBP is the property custodian of the devices for the duration of the MOA.

xv.   Maintain a log of laptops transferred to CBP for the duration of the MOA.

B.  CBP shall:

i.   Assign POCs at USBP Headquarters and OFO Headquarters to coordinate Credible Fear for CBP, including POCs within Finance, OIT and OCC.

ii.   Identify agents and officers from both USBP and OFO to participate in CF for CBP training.

iii.   Process time and attendance records for personnel designated to participate in the TF assignment under this MOA.

iv.   Return the agents and officers to their permanent CBP positions of record upon expiration of the TF assignment.

v.   Ensure that CBP is not assigning agents and officer's law enforcement officer or customs officer duties while on the TF assignment.

vi.   Upon notice from USCIS, reassign agents and officers who are not performing credible fear interviews at an acceptable level of competence.

vii.   Ensure agents and officers assigned to the TF do not perform CF work for a TF assignment longer than 180 days.

viii.   Activate laptops on the CBP system.

ix.   Ship replacement laptops to agents and officers when laptops malfunction.

x.   Designate POCs responsible for imaging laptops provided by USCIS.

xi.   Image laptops.

xii.   Assign USCIS transferred laptops to officers and agents prior to USCIS training.

xiii.   Designate POCs to provide IT support at home stations.

xiv.   Provide in-person and remote support, especially when administrator rights are required.

xv.   Provide connectivity at CBP sites where credible fear cases are processed.

xvi.   Provide CBP help desk support when officers or agents call with IT problems.

xvii.   Take necessary steps to remove access to all accounts, applications and systems required for CF processing.

C. Designated agents and officers during this TF assignment shall:

i.   Receive CF for CBP training, conducted by USCIS, to satisfy the statutory definition of "asylum officer."

ii.   Use USCIS-contracted telephonic services for conducting interviews, and maintain records of use of telephonic interpreters using the electronic log provided by USCIS.

iii.   Promptly report to USCIS if the TF member conducting the credible fear interview recalls, or discovers in their course of USCIS duties, any involvement in the apprehension or encounter of the alien(s) being interviewed, and immediately cease the interview.

2

    iv.  Conduct non-adversarial CF interviews, eliciting all relevant and useful information related to the applicant's claimed fear of return to his/her home country.

    v.  Take notes that accurately reflect the applicant's testimony.

    vi.  Prepare a summary of the material facts stated by the applicant and review that summary with the applicant, providing the applicant with the opportunity to correct any errors.

    vii.  Detect and report possible victims of trafficking.

    viii.  Process each CF determination in conformance with the applicable statutes, regulations, policies and USCIS procedures.

    ix.  Handle time-sensitive tasks.

    x.  Maintain applicant confidentiality.

    xi.  Conduct all relevant security checks.

    xii.  Attend meetings and trainings as required by USCIS.

    xiii.  Maintain USCIS equipment according to USCIS protocols.

    xiv.  Maintain non-adversarial liaison with nongovernmental organizations and private sector stakeholders.

    xv.  Coordinate with the designated USCIS Supervisory Asylum Officers (SAOs) on assignments for review and completion of all Asylum Officer (AO) related CF work.

    xvi.  Wear business attire (non-uniform) and adhere to the local USCIS policy on dress code when conducting in-person CF interviews.

    xvii.  Adhere to the professional dress standards set by the USCIS office assigned when working from home sector/station.

    xviii.  Perform other duties as assigned by USCIS/Asylum Division, with the prior written approval of CBP.

    xix.  Be prepared to work their regular assigned schedules and any necessary additional hours, including the possibility of overtime on regular days off in various locations as needed, in accordance with applicable approval requirements and pay statutes.

    xx.  Store notes, summaries, and all other documentation in accordance with Asylum Division policies and procedures.

    xxi.  Update the USCIS case management system with appropriate findings.

    xxii.  Prepare required documents to ensure legally sufficient determinations.

    xxiii.  Take necessary steps to return USCIS equipment, including laptops, to USCIS when the equipment is no longer needed, at the end of the agent's or officer's assignment to the TF, or at the end of the pilot, whichever occurs first.

**5.    POINTS OF CONTACT**

    A. CBP/United States Border Patrol
       Eduardo Sanchez
       Acting Associate Chief
       U.S. Border Patrol HQ
       Operational Requirements Management Division

3

B.  USCIS
    Andrew Davidson
    Chief
    Asylum Division
    US Citizenship and Immigration Services

█████████████████████████████████

C.  CBP/OFO
    Luis Mejia
    Director
    Enforcement Programs Division

█████████████████████████████████

6.  **OTHER PROVISIONS.** Nothing in this MOA is intended to conflict with current law or regulation or the directives of DHS. If a term of this agreement is inconsistent with such authority, then that term shall be invalid, but the remaining terms and conditions of this agreement shall remain in full force and effect. This agreement is based on the availability of funds.

7.  **EFFECTIVE DATE.** This MOA is effective upon signature by both Parties. The terms of this agreement shall apply to all cooperative activities between CBP and USCIS to facilitate the processing of credible fear claims under this MOA, and any prior assignments of CBP personnel for these purposes shall be considered to be covered under the terms of this MOA, including but not limited to, any credible fear determinations made by a CBP agent or officer prior to the date of the agreement.

8.  **DURATION.** This MOA will remain in effect for 180 days or until terminated by the Parties, whichever is sooner. This MOA may be renewed through a signed extension in additional increments not to exceed 180 days each.

9.  **FUNDING.** This MOA does not obligate funds or create a financial obligation between the Parties. No provision of this MOA shall be interpreted to require the obligation or payment of funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable law. All activities contemplated by this MOA are subject to availability of funds and other necessary resources to the Parties. An Interagency Agreement will be established between USCIS and CBP to obligate funds related to this MOA.

10. **MODIFICATION.** This MOA may be modified upon the written consent of both parties. This agreement may be reviewed at the request of either party to determine if any changes or amendments will be made or incorporated. Such changes or amendments shall be signed by the original signatories of the agreement, their representatives, or their successors.

11. **TERMINATION.** Either party wishing to terminate this agreement may do so upon 30 days written notice.

4

12.    **APPROVALS.**

Mark A. Morgan
Acting Commissioner
U.S. Customs and Border
Protection
Department of Homeland Security

**JAN 3 0 2020**

Date

Mark Koumans
Deputy Director
U.S. Citizenship & Immigration
Services
Department of Homeland Security

**JAN 2 7 2020**

Date

5

**Appendix A: U.S. Border Patrol**

The following information is intended to clarify the responsibilities of USCIS and USBP as they relate to this pilot.

USCIS shall:

1. Consult with CBP with respect to any assignment of Federal Employee Pay Act (FEPA) overtime, i.e., regularly scheduled overtime in advance of the workweek, as necessary and in accordance with regulatory requirements for the period of time Border Patrol Agents (BPAs) and Supervisory Border Patrol Agents (SBPAs) are performing work for USCIS. It is possible, but not expected, that BPAs and SBPAs will work additional hours, including the possibility of overtime on regular days off in various locations, in excess of their current Border Patrol Agent Pay Reform Act of 2014 (BPAPRA) schedules. USCIS shall fund all approved FEPA overtime for time spent performing credible fear interviews and work related to those interviews. No USCIS funds will be spent to fund any activities not directly related to credible fear interviews.
2. Schedule BPAs for tours of duty consistent with their elected BPAPRA Levels and rates of pay, and comply with all provisions of BPAPRA regarding regularly-scheduled overtime and substitution of hours for absences during obligated overtime hours.
3. Consult with CBP with respect to any BPAPRA compensatory time being accrued by individual agents in performance of their TF duties, i.e., irregular overtime at the end of the BPA's or SBPA's shift.
4. Establish an Inter/Intra-Agency Reimbursable Work Agreement (IRWA) with USBP to address the reimbursement of costs identified in Section A of FS Form 7600, to include USBP payroll costs, travel costs, and overtime. This responsibility is assigned to the Office of the Chief Financial Officer.

USBP shall:

1. Provide to USCIS time and attendance records identifying all BPAs assigned to the TF working in support of this MOA and supporting details to identify actual payroll and overtime costs.
2. Create all required travel documents (authorizations and vouchers) for payment of travel costs pursuant to DHS and CBP Travel Policy and the Federal Travel Regulations.
3. Submit quarterly reports of actual expenditures paid for the USBP agents to support this TF and bill USCIS for these expenses under a signed IRWA to recover actual travel costs. The current IRWA extends funding for USBP until end of Fiscal Year 2020.

6

**Appendix B: Office of Field Operations**

The following information is intended to clarify the responsibilities of USCIS and OFO as they relate to this pilot.

USCIS·shall:

1. Consult with CBP with respect to any assignment of Customs Officer Pay Reform Act (COPRA), Federal Employee Pay Act (FEPA), and Fair Labor Standards Act (FLSA) overtime. USCIS shall fund all overtime for time spent performing credible fear interviews and work related to those interviews. No USCIS funds will be spent to fund any activities not directly related to credible fear interviews.
2. Establish an Inter/Intra-Agency Reimbursable Work Agreement (IRWA) with OFO to address the reimbursement of costs identified in Section A of FS Form 7600 to include OFO payroll costs, travel costs, and overtime. This responsibility is assigned to the Office of the Chief Financial Officer.
3. Give one pay period's notice to CBP prior to making any changes in Task Force assignment locations, to afford the opportunity for discussion and consideration of any operational concerns, including compliance with the National Collective Bargaining Agreement between CBP and the National Treasury Employees Union, when applicable.

OFO shall:

1. Provide to USCIS time and attendance records identifying all OFO officers assigned to the TF working in support of this MOA and supporting details to identify actual payroll and overtime costs.
2. Track overtime of OFO officers to ensure compliance with mandatory OT caps.
3. Create all required travel documents (authorizations and vouchers) for payment of travel costs pursuant to DHS and CBP Travel Policy and the Federal Travel Regulations.
4. Submit quarterly reports of actual expenditures paid for the OFO officers to support this TF and bill USCIS for these expenses under a supporting IRWA to recover actual travel costs.