UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                        Defendants. | Civil Action No. 19-2773 (ABJ) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' partial motion to dismiss and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Plaintiffs' claims in their second amended complaint are dismissed, except for their claim regarding USCIS's review of Plaintiffs' credible fear determinations by USCIS's Fraud Detection and National Security Branch of the following Plaintiffs: N.C.A., and minor child, M.P.C.; I.A.D., and minor child C.L.A.; S.A.C., and minor child V.H.A.; Y.E.S. and minor child M.I.E.; A.C.B. and minor child A.C.B.; D.G.A., and minor children E.P.G. and M.P.G., C.P.G. and minor child M.B.P., W.P.R. and minor children H.C.P. and J.C.P., M.C.D. and minor child E.E.C.  All other Plaintiffs are dismissed from this action.

        **SO ORDERED**.

_____                                         _____
Date                                                                              UNITED STATES DISTRICT JUDGE