UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.M.V., *et al.*,

                   *Plaintiffs*,

v.

WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,

                   *Defendants*.

Civil Action No. 19-2773 (ABJ)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated August 21, 2020, the Parties hereby submit the following status report concerning their progress in resolving Plaintiffs' remaining claim in this action, which challenges the government's review of positive credible fear determinations at the South Texas Family Residential Center by U.S. Citizenship and Immigration Services ("USCIS") Fraud Detection and National Security ("FDNS") officers.

On August 20, 2020, Defendants moved the Court for a stay of proceedings pending the parties' settlement discussions regarding Plaintiffs' remaining claim, s*ee* ECF No. 124, which the Court granted on August 21, 2020. Since that time, the Parties have reached an agreement in principle regarding the proposed terms of a settlement agreement. Accordingly, the Parties are continuing to work on a final settlement agreement and anticipate finalizing this agreement in the coming weeks. The Parties therefore respectfully propose that they be permitted to file another status report by September 24, 2020, further informing the Court of their progress in resolving this matter if a joint stipulation of dismissal has not been filed by that time.

A proposed order is attached.

Dated September 3, 2020         Respectfully submitted,

| | |
|---|---|
| GREGORY P. COPELAND Bar # NY0311<br>SARAH T. GILLMAN Bar # NY0316<br>RAPID DEFENSE NETWORK<br>11 Broadway, Suite 615<br>New York, NY 10004-1490<br>Telephone: (212) 843-0910<br>Facsimile: (212) 257-7033<br>Email: gregory@defensenetwork.org<br>Email: sarah@defensenetwork.org | STEVEN G. BARRINGER Bar # 375373<br>GREENBERG TRAURIG, LLP<br>2101 L Street, NW, Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3108<br>Facsimile: (202) 261-0114<br>Email: barringers@gtlaw.com<br><br>CAROLINE HELLER (pro hac vice)<br>GREENBERG TRAURIG, LLP<br>200 Park Ave<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email: hellerc@gtlaw.com |

*Counsel for Plaintiffs*

| | |
|---|---|
| ETHAN P. DAVIS<br>Acting Assistant Attorney General | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| WILLIAM C. PEACHEY<br>Director | DANIEL VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division |
| EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br>District Court Section<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20530 | /s/ *Christopher C. Hair*<br>CHRISTOPHER C. HAIR, PA Bar # 306656<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2541<br>Email:  christopher.hair@usdoj.gov |

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.M.V., *et al.*,

        *Plaintiffs*,

v.

WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,

        *Defendants*.

Civil Action No. 19-2773 (ABJ)

### [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby **ORDERED** that the parties shall file another status report by September 24, 2020, further informing the Court of their progress in resolving this matter if a joint stipulation of dismissal has not been filed by that time.

**SO ORDERED.**

_____                  _____
Date                                           Amy Berman Jackson
                                                 UNITED STATES DISTRICT JUDGE