UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2773 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 23, 2020, the Parties hereby submit the following status report concerning their progress in resolving Plaintiffs' remaining claim in this action, which challenges the government's review of positive credible fear determinations at the South Texas Family Residential Center by U.S. Citizenship and Immigration Services ("USCIS") Fraud Detection and National Security ("FDNS") officers.  On August 21, 2020, the Court stayed this proceeding pending the Parties' settlement discussions regarding Plaintiffs' remaining claim.

As previously reported (*see* ECF No. 128), the Parties have exchanged a draft settlement agreement for Plaintiffs' review and approval.  Over the past two weeks, the Parties have engaged in an additional discussion aimed at resolving one additional term of the agreement.  Now that those discussions have concluded, Plaintiffs intend to finalize their review over the next few days.  Thereafter, the Parties intend to promptly execute the settlement agreement and file a stipulation of dismissal.

The Parties sincerely appreciate the Court's patience as they continue to confer in good faith to bring this matter towards an amicable resolution.  The Parties respectfully propose that

they be permitted to file another status report by December 31, 2020, further informing the Court of their progress in resolving this matter if a joint stipulation of dismissal has not been filed by that time.

A proposed order is attached.

Dated December 18, 2020                                            Respectfully submitted,

GREGORY P. COPELAND Bar # NY0311         STEVEN G. BARRINGER Bar # 375373
SARAH T. GILLMAN Bar # NY0316                 GREENBERG TRAURIG, LLP
RAPID DEFENSE NETWORK                             2101 L Street, NW, Suite 1000
11 Broadway, Suite 615                                        Washington, DC 20037
New York, NY 10004-1490                                   Telephone: (202) 331-3108
Telephone: (212) 843-0910                                   Facsimile: (202) 261-0114
Facsimile: (212) 257-7033                                     Email: barringers@gtlaw.com
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org            CAROLINE HELLER (pro hac vice)
                                                                         GREENBERG TRAURIG, LLP
                                                                         200 Park Ave
                                                                         New York, NY 10166
                                                                         Telephone: (212) 801-9200
                                                                         Facsimile: (212) 801-6400
                                                                         Email: hellerc@gtlaw.com

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK                              MICHAEL R. SHERWIN
Acting Assistant Attorney General                 Acting United States Attorney

WILLIAM C. PEACHEY                                    DANIEL VAN HORN, D.C. Bar # 924092
Director                                                            Chief, Civil Division

EREZ REUVENI                                               /s/ *Christopher C. Hair*
Assistant Director                                            CHRISTOPHER C. HAIR, PA Bar # 306656
Office of Immigration Litigation                   Assistant United States Attorney
District Court Section                                     Civil Division
United States Department of Justice          United States Attorney's Office
P.O. Box 868, Ben Franklin Station           555 4th Street, N.W.
Washington, DC 20530                                 Washington, D.C. 20530
                                                                        Telephone: (202) 252-2541
                                                                        Email: christopher.hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2773 (ABJ) |

### [PROPOSED] ORDER

Upon consideration of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another status report by December 31, 2020, further informing the Court of their progress in resolving this matter if a joint stipulation of dismissal has not been filed by that time.

**SO ORDERED.**

_____                                   _____
Date                                                                        Hon. Amy Berman Jackson
                                                                                   United States District Judge