UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.M.V., *et al.*,

                    *Plaintiffs*,

v.

WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,

                    *Defendants*.

Civil Action No. 19-2773 (ABJ)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 23, 2020, the Parties hereby submit the following status report concerning their progress in resolving Plaintiffs' remaining claim in this action, which challenges the government's review of positive credible fear determinations at the South Texas Family Residential Center by U.S. Citizenship and Immigration Services ("USCIS") Fraud Detection and National Security ("FDNS") officers. On August 21, 2020, the Court stayed this proceeding pending the Parties' settlement discussions regarding Plaintiffs' remaining claim.

On December 28, 2020, the parties executed a settlement agreement, pursuant to which U.S. Customs and Border Protection ("CBP") agreed to cancel any final Forms I-860, Notice and Order of Expedited Removal issued to the remaining 18 Plaintiffs and, thereafter, U.S. Citizenship and Immigration Services ("USCIS") agreed to issue each of the 18 Plaintiffs a "Notice to Appear" placing Plaintiffs into proceedings under 8 U.S.C. § 1229(a). This week, CBP canceled the final Forms I-860, Notice and Order of Expedited Removal. After USCIS issues each of the 18 Plaintiffs a "Notice to Appear", Plaintiffs will file a joint stipulation of dismissal

The Parties respectfully propose that they be permitted to file another status report by January 29, 2021, further informing the Court of USCIS's progress in issuing each of the 18 Plaintiffs a "Notice to Appear" if a joint stipulation of dismissal has not been filed by that time.

A proposed order is attached.

Dated December 31, 2020                                             Respectfully submitted,

GREGORY P. COPELAND Bar # NY0311    STEVEN G. BARRINGER Bar # 375373
SARAH T. GILLMAN Bar # NY0316             GREENBERG TRAURIG, LLP
RAPID DEFENSE NETWORK                        2101 L Street, NW, Suite 1000
11 Broadway, Suite 615                                   Washington, DC 20037
New York, NY 10004-1490                             Telephone: (202) 331-3108
Telephone: (212) 843-0910                            Facsimile: (202) 261-0114
Facsimile: (212) 257-7033                              Email: barringers@gtlaw.com
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org         /s/ *Caroline Heller*
                                                                     CAROLINE HELLER (pro hac vice)
                                                                     GREENBERG TRAURIG, LLP
                                                                     200 Park Ave
                                                                     New York, NY 10166
                                                                     Telephone: (212) 801-9200
                                                                     Facsimile: (212) 801-6400
                                                                     Email: hellerc@gtlaw.com

                                                                     *Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK                        MICHAEL R. SHERWIN
Acting Assistant Attorney General            Acting United States Attorney

WILLIAM C. PEACHEY                              DANIEL VAN HORN, D.C. Bar # 924092
Director                                                      Chief, Civil Division

EREZ REUVENI                                         /s/ *Christopher C. Hair*
Assistant Director                                       CHRISTOPHER C. HAIR, PA Bar # 306656
Office of Immigration Litigation              Assistant United States Attorney
District Court Section                                Civil Division
United States Department of Justice      United States Attorney's Office
P.O. Box 868, Ben Franklin Station         555 4th Street, N.W.
Washington, DC 20530                             Washington, D.C. 20530
                                                                     Telephone: (202) 252-2541
                                                                     Email: christopher.hair@usdoj.gov

                                                                     *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.V., *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                              *Defendants*. | Civil Action No. 19-2773 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another status report by January 29, 2021, further informing the Court of their progress in resolving this matter if a joint stipulation of dismissal has not been filed by that time.

**SO ORDERED.**

_____                                                  _____
Date                                                                                   Hon. Amy Berman Jackson
                                                                                            United States District Judge